RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 4/9/15
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-CR-00319-11 |
| | * | |
| VERSUS | * | |
| | * | JUDGE HICKS |
| BRIAN MUSOMBA MAWEU | * | |
| a/k/a Catfish | * | MAGISTRATE JUDGE HORNSBY |

## FACTUAL BASIS FOR PLEA OF GUILTY

**NATURE OF THE ENTERPRISE**

Beginning in January of 2008, a named co-conspirator in the above entitled Fourth Superceding Indictment, JOHN DOE #1 also named Hawkeye, (who throughout this factual basis will be referred to as Hawkeye), created an Internet-based bulletin board, which will throughout this factual basis be referred to as "Dreamboard." The purpose of "Dreamboard" was to facilitate the distribution of child pornography between its members.

In order to distribute child pornography on "Dreamboard," members would post advertisements on the board. The advertisements would typically give a description of the child pornography that was being offered for distribution. They would also give sample images from the material being offered so that a member viewing the posting could determine if he wished to obtain the complete child pornography files. Along with the name and the images that were in the posting, there would be a link and a password. The link was to another web site whose sole

1

purpose was to store encrypted files. If a member of the board wanted to obtain the child pornography being advertised in the posting on "Dreamboard," he could go to the web site link and enter the password given in the advertisement. He then would be given access to the advertised child pornography for downloading.

In order to become a member of "Dreamboard," the applicant had to create a screen name and password. He next had to submit an advertisement to distribute child pornography, as described above, to Hawkeye containing a certain amount of child pornography. The advertisement was required to contain preview images. This was referred to as the person's application or audition to become a member. Hawkeye would decide whether to give the person membership to the board. He would also determine what level of membership the person would be given. After a person became a member, he was required to post advertisements for child pornography on a regular basis. If a member failed to post child pornography advertisements on a regular basis, their membership would be cancelled. The person would then have to reapply for membership as he had done initially.

"Dreamboard" contained five distinct levels of membership, with each level of membership providing access to different sections of the board. The highest level of membership was the administrator level. That level included Hawkeye and other named co-conspirators. Hawkeye was responsible for determining who would be allowed to become a member of "Dreamboard" and for determining which level of membership the person would be given. Other administrators of "Dreamboard" were responsible for protecting the security of both the members and Dreamboard

and keeping the board operating. Administrators had access to all of the child pornography being advertised on "Dreamboard".

The third highest level of membership was the "Super VIP." level. The period after "Super VIP" was part of the name of the level. That level of membership included those members of the board who were producing child pornography and posting homemade child pornography to the bulletin board. Only other members of the "Super VIP." level and Administrators had access to the child pornography that was advertised in the "Super VIP." section of "Dreamboard". "Super VIP." members had access to all of the child pornography on "Dreamboard."

The last three levels of membership were "Super VIP," "VIP," and "Members." Hawkeye determined which of these levels of membership an applicant would be placed. He would also move existing members from one level to another based upon the quantity and quality of their posts. Each of these levels could see the posts on their membership level and on any lower level of "Dreamboard." Every member of "Dreamboard" posted multiple advertisements during the time they were members. As a result of the multiple postings made by each member, each member was responsible for posting images of three or more minors engaging in sexually explicit conduct.

**VENUE**

EDWARD OEDEWALDT, a.k.a. twelvish, Legend, during all times relevant to the Fourth Superceding Indictment, was a member of "Dreamboard." During the time that he accessed and posted material to "Dreamboard," he was located in

Arcadia, Louisiana, which is within the Western District of Louisiana. As such, he was a member of the enterprise, and during the life of the enterprise, he engaged in activities in support of the enterprise while located in the Western District of Louisiana.

**DEFENDANT'S ROLE IN THE ENTERPRISE**

The defendant, BRIAN MUSOMBA MAWEU, a/k/a Catfish, joined "Dreamboard" on January 18, 2009. As a result of the types of posts he made, his status on the board was raised to SVIP. during the time that he participated in the on-line bulletin board. His total number of posts was 121. The majority of the posts defendant, BRIAN MUSOMBA MAWEU, a/k/a Catfish, made to Dreamboard were to the "Home made posts only" section of the board. He made 34 posts to that section of the board. Many of those posts were of child pornography that he had produced. Only SVIP. members and administrators of Dreamboard were allowed to access the "Home made posts only" section of the board.

1. On or about the 25th day of June, 2009, BRIAN MUSOMBA MAWEU, a/k/a Catfish, did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *Rain.FLV,* which contained child pornography.

2. On or about the 30th day of July, 2009, BRIAN MUSOMBA MAWEU, a/k/a Catfish, did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *chakacha.rar,* which contained child pornography.

3. On or about the 31st day of December, 2009, BRIAN MUSOMBA MAWEU, a/k/a Catfish, did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *ruffian.avi,* which contained child pornography.

By signing this document, the defendant, BRIAN MUSOMBA MAWEU, a/k/a Catfish is agreeing to the accuracy of each and every fact submitted in the factual basis. This agreement by the defendant is made freely and voluntarily and not as a result of threat or coercion.

_____
BRIAN MUSOMBA MAWEU, a/k/a Catfish
Defendant

_____
JOHN F. STROUD, III
515 Main Street
Texarkana, Texas 75501
Telephone: (903) 793-3535
Counsel for defendant

STEPHANIE A. FINLEY
United States Attorney

By: _____
JOHN LUKE WALKER, (ID# 18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618