RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/28/15
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 10-CR-00319-11 |
| VERSUS | JUDGE HICKS |
| BRIAN MUSOMBA MAWEU | MAGISTRATE JUDGE HORNSBY |

### GOVERNMENT EXHIBIT LIST FOR SENTENCING HEARING:

**SEALED GOV 1**     Sample of post of "My African Girls"
(NOTE: this is identical to Attachment A previously filed under SEAL with [831] Government's Sentencing Memorandum).

**SEALED GOV 2**     BKA Central Child Pornography Unit Report of 04/01/2012 re "Goldberg Series"
(NOTE: this is identical to Attachment B previously filed under SEAL with [831] Government's Sentencing Memorandum).