IP Jan 2010

Menu

http://defenders-of-the-faith.bot.nu/upload/admin.php?adsess=0ed21ca4b...

# Member Tool Box

Expand Menu · Reduce Menu                                      ACP Home · Board Home

🌀 **ACP Home** -> **Member Tools Home**

You can use the tools below to search for IP address.

### catfish's IP addresses (1) matches

| IP Address | Times Used | Date Used | Used for other Reg. | IP Tool |
|---|---|---|---|---|
| 0.0.0.0 | 66 | August 26, 2009 | 581 | Learn about this IP |

**Single Page**

Quick Jump  General Configuration   Go!

Invision Power Board © 2003 IPS, Inc.

✗ IPs & Private Messages from Dreamboard

rec'd   10·24·14


GOVERNMENT
EXHIBIT
6

*Private Messages*
*Jan 2010*

FROM: [DELETED MEMBER]
TO: catfish
SUBJECT: hello
DATE SENT: 2009-06-24 22:08:36
TEXT:
Great pic. I am looking for custom video. black girls. around 12. Full sex video with no condom. Tell me the process
-------------------------------------------------------------
FROM: catfish
TO: [DELETED MEMBER]
SUBJECT: Sent: Re:hello
DATE SENT: 2009-06-25 04:55:31
TEXT:

    Great pic. I am looking for custom video. black girls. around 12. Full sex video with no condom. Tell me the process


Hi

Thank you for your valued interest.

We can do solo inc mastubation and toys with her. We can do molesting and light bondage. We are not yet ready for full sex as this would involve recruiting male talent.

Our normal rates are 15USD a minute however for dreamboard members we have reduced it to 10USD a minute.
Minimum order is 150USD.
50% down payment and the balance on delivery.
Payment by western union to Brian Musomba in Kenya.
Before you make an order give us advance notice via e-mail to anthgrand@gmail.com so we can confirm when the model can be available and any other details we may need.

Cheers

-------------------------------------------------------------
FROM: [DELETED MEMBER]
TO: catfish
SUBJECT: Re:hello
DATE SENT: 2009-06-26 05:04:12
TEXT:

How many girls do you have.. can you send me samples of girls pics

    Great pic. I am looking for custom video. black girls. around 12. Full sex video with no condom. Tell me the process

file:///E:/catfish/ion%202010/...

Hi

Thank you for your valued interest.

We can do solo inc mastubation and toys with her. We can do molesting and light bondage. We are not yet ready for full sex as this would involve recruiting male talent.

Our normal rates are 15USD a minute however for dreamboard members we have reduced it to 10USD a minute.
Minimum order is 150USD.
50% down payment and the balance on delivery.
Payment by western union to Brian Musomba in Kenya.
Before you make an order give us advance notice via e-mail to anthgrand@gmail.com so we can confirm when the model can be available and any other details we may need.

Cheers

---------------------------------------------------------------
FROM: [DELETED MEMBER]
TO: catfish
SUBJECT: Re:hello
DATE SENT: 2009-06-26 05:05:29
TEXT:
Can you at least get a girl to give head or a hand job

Great pic. I am looking for custom video. black girls. around 12. Full sex video with no condom. Tell me the process

Hi

Thank you for your valued interest.

We can do solo inc mastubation and toys with her. We can do molesting and light bondage. We are not yet ready for full sex as this would involve recruiting male talent.

Our normal rates are 15USD a minute however for dreamboard members we have reduced it to 10USD a minute.
Minimum order is 150USD.
50% down payment and the balance on delivery.
Payment by western union to Brian Musomba in Kenya.
Before you make an order give us advance notice via e-mail to anthgrand@gmail.com so

we can confirm when the model can be available and any other details we may need.

Cheers

------------------------------------------------------------
FROM: catfish
TO: [DELETED MEMBER]
SUBJECT: Sent: Re:hello
DATE SENT: 2009-06-26 06:28:51
TEXT:

    Can you at least get a girl to give head or a hand job

Hi

Yes head or hand job can be worked out. I'll send pics later. Cheers ;-)

------------------------------------------------------------
FROM: [DELETED MEMBER]
TO: catfish
SUBJECT: Re:hello
DATE SENT: 2009-06-28 14:43:02
TEXT:
When can you send the pics??? I am ready to send you the money once i see the model I like

    Can you at least get a girl to give head or a hand job

    Hi

    Yes head or hand job can be worked out. I'll send pics later. Cheers ;-)

------------------------------------------------------------
FROM: catfish
TO: [DELETED MEMBER]
SUBJECT: Sent: Re:hello

DATE SENT: 2009-06-29 01:26:18
TEXT:

When can you send the pics??? I am ready to send you the money once i see the model I like

Can you at least get a girl to give head or a hand job

Hi

Yes head or hand job can be worked out. I'll send pics later. Cheers ;-)

Hi

Sorry for the delay. We have 4 that are regular. Their photos are at :-
http://www.hotshare.net/file/156671-5383765ebe.html
pw = mishi

Cheers

-------------------------------------------------------------------
FROM: [DELETED MEMBER]
TO: catfish
SUBJECT: Re:hello
DATE SENT: 2009-06-29 04:01:19
TEXT:
How soon can find a male model to have sex

When can you send the pics??? I am ready to send you the money once i see the model I like

Can you at least get a girl to give head or a hand job

Hi

Yes head or hand job can be worked out. I'll send pics later.
Cheers ;-)

Hi

Sorry for the delay. We have 4 that are regular. Their photos are at :-
http://www.hotshare.net/file/156671-5383765ebe.html
pw = mishi

Cheers

------------------------------------------------------------
FROM: catfish
TO: [DELETED MEMBER]
SUBJECT: Sent: Re:hello
DATE SENT: 2009-06-29 04:27:41
TEXT:

How soon can find a male model to have sex

For sex this will be different girls (i.e prostitutes) and i do not have timeframe on availability.
Girls shown do not do sex. They go back home to their families so its not safe.

Cheers
------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: Re:wonder
DATE SENT: 2009-07-29 07:57:42
TEXT:

Hello catfish,

For jakehits, we don't know the details in fact. He just told us that he had contact with the producer of
the Goldberg series and that he would ask something special (and that was this dedicated video you
kindly made (and Hawkeye was crazy happy and proud about) ), now, I don't know if jakehits said "I
am Hawkeye, etc.", anyway at that time I presume Hawkeye's name did not mean anything to you.
Anyway, jh has not posted anything there for awhile, and you were probably his only source for
staying in that section, so very likely he will be removed.

About the attitude of some members, well those places like here bring together a lot of people from
very different horizons, so sometimes we may feel conformtable with some and not at all with some

others as well. I do feel that too. And even bewteen Hawkeye and I, that's not always easy.

But yes, to reply to your question people have to post to maintain their status, if you prefer the HM, it's okay.

As said in the past, boards like are not really suited to promote pay sites (the imageboards are far better because most of people going there are not aware of the good bbs, so no choice for them but to join pay sites; check from time to time the list of these imageboards in our special section).

Again, please feel free to contact me, whatever the problem, etc.

All the best,

Yours,

D4E



Yes, the nice video made for Hawkeye was given to us by jakehits, in fact he apparently contacted you in the past and ordered that video.

Yours

Cheers



So Jake hits impersonated hawkeye (no big deal BTW).

Now i have been having problems connecting to internet (windows xp problem) there are some pics i intend to post to the home made section soon so bear with me. I presume so long as i post something every month my svip membership will continue? I really dont like some people in vip and svip so ould prefer to stick to the home made section. At least there i am sharing with producers.


--------------------------------------------------------------
FROM: Mabuhay
TO: catfish
SUBJECT: Re:recommend from D4E
DATE SENT: 2009-08-05 00:50:10
TEXT:
hi catfish

sorry too, i had also problems with my internet. the provider need to much time to install the antenna.

but to your letter...
GREAT IDEA THANKS for the offer
yes , it will be fine to have a n asian and an african board and the
www.bee-tokens.com looks also fine. sure i will give a comission to you for your recommend clients.
whats your idea how many percent you want for commision.
actually i sale my stuff with different prices. it depens on:
- how many pics and how long is the video in a set

lets work hand in hand. i like your idea very much.
Till now i handle the payment via western union with a faked ID.

cheers mabuhay

in case of if we lose each other, here any other emails, where you can reach me
home.made@mail.ru and hmm.admin@gmail.com


---------------------------------------------------------------
FROM: Mabuhay
TO: catfish
SUBJECT: board
DATE SENT: 2009-08-08 08:19:01
TEXT:
Hi catfish

Thanks for the account.
How's your system works? I saw there are CP and adult stuff mixed.
You don't get problems with this?
How we handle the Asian part?
Give me time please to study how to do.
Of course I would like to upload on your ftp server !!!! But it's a plenty of stuff. Round about 10GB
(pics and videos) and it will be more.
Or you know a free server or ftp server where I can upload the stuff permanently.
Then I will create a preview from my stuff on your board, where the lads can have a view on it and
decide what they like.
That's my idea!!! What you mean, how you can handle it???
The public can also post in the Asian board?
What you like for commission. Only an idea: From every sell what I will do over your board I will
give you 5%. Is that acceptable for you? And all what you like from my stuff for free too.

I don't know what girl you mean.
Have a view on the preview and tell me her name and number.
Downloadlink:
http://www.filehoster.ru/files/df8389

Password:
gracel

Cheers Mabuhay

---------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: A sinking ship…
DATE SENT: 2009-08-12 06:38:08
TEXT:

Hello catfish,

The situation at DB is such now that we are forced to turn to any alternative to save the big ship, which is, of course, a rather bad news.

As you know (or may be do not know) DB exists for many years already and has become a leading one. Since I started this hobby I have been a member of a lot of bbs, but none (excepted 1 or 2) reached such a place with so much activities. Many boards have a lot of inactive members, lurkers, etc., and also because many of those who run those boards have very little knowledge about security issues, etc., usually their boards do not survive a long time, ranging from a few weeks to a few months; only the smart guys can conduct that show over the years. Of course not is easy, because a lot of things must be taken into account if we want to play safe, without having guys arrested, etc. As Hawkeye recently remarked, the best it works is that the same members have been around with us for years. If Hawkeye is not an easy person it is because he never makes any compromise about security issues, this is a non negotiable matter : security first, the rest after. And he is fucking right about that. When you walk in a field where land mines are, it does matter to protect yourself: better safe than sorry.
Since the beginning, DB has always been hosted on free hosts, and of course changed of hosts many times, for different reasons. Hawkeye did not want to mix cp and money, he is still frightened about that idea, for the reasons I explained to you in the past. But of course, one of the negative aspects of those free hosts, is their limited capacities, not in terms of allowed size (DB is not space consuming, quite small indeed), but in terms of traffic and bandwidth, and this is where the big problem comes from and why the server often can not be reached and sent errors messages. That problem started to occur when the number of about 500 members was reached, and slowly increased with the coming of new members, almost 700 now. Of course, sometimes inactive members are removed, dropping again the number to circa 450-500 members. In fact the problem is directly related to the number of members who visit the board at the same moment, and it can reach as high as 100-120. The board never had and will never have thousands of members, yet the few hundreds we have give some troubles to the server owing to the limited available bandwidth.

The problem has been around now for weeks and it seems, in spite of all the undertaken efforts, one can not improve it. A lot of other free hosts were also checked for a potential transfer, but no interesting one was found.

So the solutions seem limited:

1- closing definitely the board, but then it would be the end of a great adventure that started many years, would be a big lost for the community as well, and it would occur at a moment where things were going so well, especially with this newly created HomeMade that puts the big guys all together.

2- Making DB a private board, means we should close the registration, and drop the number of members to only of few dozens, just keeping the biggest contributors. But Hawkeye is not hot about that idea because keeping the board open is the only way to assure the arrival of new material, what we all look for indeed.

3- Looking for a private solution and this is may be here that you could play a crucial solution. Again, until very recently Hawkeye was not in favor of such a solution, for several reasons, including the fact that he does not like to rely on others for such crucial things as the hosting of his board (being the big guy who leads the show for so many years, he likes to be autonomous, etc., does not like to delegate, etc.,), but in the light of the recent events, the situation has reached such a bad point that he has to look for an alternative solution, whatever it is.

Do you think you could do something for this issue? You seem to have experiences too in this area (being there for several years). In case of a positive answer, of course it would does matter to set up the modalities and establish something where both parties would provide reciprocal services.
I visited 2 or 3 times your sites, using ordinary proxies and via Tor, with all scripts off, it wonderfully worked, fast, safe, a real pleasure indeed.

Technically speaking, the address of DB (if hosted there) would have to be something that DOES NOT mention the name of your host. It would have to be something like: dreamboard-x.com, Hard-as-Iron.com, Ride-free.com. With nothing at all that tells people the name of your host. So that is what you would call, a 'registered domain name', or something like that (Hawkeye and Ibro, can create them, no problem).
This way, Hawkeye can close one account, then switch to the next etc... and keep cycling through them. One week dreamboard-x.com, then next week Hard-as-Iron.com, then Ride-free.com, then back to dreamboard-x.com. He would use one at a time, and keep the others closed, when they are not used. Like he does now with powerslave, night-prowler etc... So when the board address would be reported, it is not in use at the time, if ever cops would check. We can also increase the security of your site (with anti-hacking tools, etc.).
In fact it could be first conducted on an experimental basis during some months, just to observe how things are going on, and possibly change, adapt or drop the project depending on the results.

And, as said, it does matter that you find your own benefits in that join venture: "benefits" like getting a free membership for DB, letting you advertising, whatever, the idea is new, so it is something we have to discuss of course; "benefits" could also mean money if I could put you in contact with other producers who wish to make money (guys like Mabuhay, etc.) and who sometimes need a place to host their advertising material, but then naturally you would debate those things with them (not us, because we still do not want to mix money & CP, too risky for many Westerners). I just checked about CP in your country, and, as expected, there is no law about it, so that is a pretty good news, and guess the situation is not ready to change soon.

Even if we are quite new to each other, personally I trust you and you seem to be a pleasant fellow (which is not always the case, we have met crazy guys, or guys who behave like tyrants, etc.), and that is the reason why I thought about you when I saw our (but now also yours, since you are already in) ship sinking.

Please feel free to contact Hawkeye or me for any question, talk, suggestions, whatever; your opinion is crucial here, so do not hesitate.

Warm regards,

D4E

-----------------------------------------------------------
FROM: Hawkeye
TO: catfish
SUBJECT: hosting
DATE SENT: 2009-08-13 00:18:05
TEXT:
Contact Ibro at hawkeyeboard

hawkeyeboard.b1.jcink.com/index.php?act=idx

log and pass:

Catfish
bvc5632asz


-----------

It will be easier to communicate there, as dreamboard hardly works anymore.

-----------

I have told Ibro to expect a message from you at hawkeyeboard, in regard to the future of

dreamboard, and its being hosted on your server.
Ibro will need relevant details for uploading to your host etc..
And organzing a domain name that does not have your site address in it, like for example:

dreamboard-x.com

And naturally as Dasha said, we will certainly make it worth it to you.
There are all kinds of things we can do for you.

If you dont wish to talk to Ibro, I can take all the details needed :up:
Of course it would be easier, if you talk to Ibro direct.

O.k, thanks for your help on this, as dreamboard is in a tough position right now!
-----------------------------------------------------------
FROM: catfish
TO: Hawkeye
SUBJECT: Sent: Re:hosting
DATE SENT: 2009-08-13 00:42:59
TEXT:

Contact Ibro at hawkeyeboard

hawkeyeboard.b1.jcink.com/index.php?act=idx

log and pass:

Catfish
bvc5632asz


----------

It will be easier to communicate there, as dreamboard hardly works anymore.

----------

I have told Ibro to expect a message from you at hawkeyeboard, in regard to the future of

dreamboard, and its being hosted on your server.
Ibro will need relevant details for uploading to your host etc..
And organzing a domain name that does not have your site address in it, like for example:

dreamboard-x.com

And naturally as Dasha said, we will certainly make it worth it to you.
There are all kinds of things we can do for you.

If you dont wish to talk to Ibro, I can take all the details needed :up:
Of course it would be easier, if you talk to Ibro direct.

O.k, thanks for your help on this, as dreamboard is in a tough position right now!


Hi Hawkeye

I will be happy to help.

I just posted a message ( sorry got confused, there is ibro and you?)

Cheers
Catfish


------------------------------------------------------------
FROM: Hawkeye
TO: catfish
SUBJECT: Re:hosting
DATE SENT: 2009-08-13 00:46:13
TEXT:

Contact Ibro at hawkeyeboard

hawkeyeboard.b1.jcink.com/index.php?act=idx

log and pass:

Catfish
bvc5632asz


----------

It will be easier to communicate there, as dreamboard hardly works anymore.

----------

I have told Ibro to expect a message from you at hawkeyeboard, in regard to the future of

dreamboard, and its being hosted on your server.
Ibro will need relevant details for uploading to your host etc..
And organzing a domain name that does not have your site address in it, like for example:

dreamboard-x.com

And naturally as Dasha said, we will certainly make it worth it to you.
There are all kinds of things we can do for you.

If you dont wish to talk to Ibro, I can take all the details needed :up:
Of course it would be easier, if you talk to Ibro direct.

O.k, thanks for your help on this, as dreamboard is in a tough position right now!


Hi Hawkeye

I will be happy to help.

I just posted a message ( sorry got confused, there is ibro and you?)

Cheers
Catfish


Ibro is my tech guy.

Hes not around much during the week, but hes around on weekends.
So he may reply late friday, or early saturday

O.k hope it goes well, your a good man :up:

-----------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: MISCEL.
DATE SENT: 2009-08-14 06:56:25
TEXT:


Anyway, it's good to have ambitions in life.

I guess your site, with adult stuff, should get more advertisement, including in Africa where the biggest potential market is, usually people like girls of their own place/country, that is why I talked about that forumphilia board, but of course I am aware that most of people in Africa do not have access to internet, and when they can, it's mainly via public computers (cyber-café, etc), not the best place to enjoy that kind of stuff. You can may try to advert. in those worldsex guide I posted the url (just observe first how it works there).

For producers of our sweeties, for the moment (means guys who look for or are in the biz.):
1-Mabuhay (in DB)
2-Lollipop (DB) (he is coming back soon)
3-ShowStar (DB)
4-A Russian (not yet in DB)(have a look here of his stuff, please don't share :
http://www.zshare.net/download/6383348115120725/
5- ??? Hasness : I never knew if he did or does run a site, was sometimes talking of his "models" ?.

and 3 others fellows I still wait for. Of course other can come, sometimes I get a tip, then inquire, etc.

In fact most of the guys who run pay sites for years are Russian, usually smart guys, hackers as well. But they master the all scene and do not look for association or hosting, and some behave like sharks (selling whatever they may find, hacking boards, sites), so I avoid them, it's a kind of mafia, most of the LS sites that are still around are run by them. I prefer friendly approach and cooperation.

Here are some bbs you can possibly advertise, check first with Head Adm. if okay, and tell them I gave you the url.

http://beam.to/ghboard (Adm : iGhost)
http://macinzcott.comuf.com/ (Bocha)
http://touzoku.sakura.ne.jp/team_kiki/index.php (KIKI)
http://sharehappy.informe.com/forum/ (CCH)
http://aidnalnaimed.19.forumer.com/ (Demian)

There are less active than DB, and generally less interesting, but a board is a board.

Have a look. :cheers:


I have to go now.
--------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: MISCEL.
DATE SENT: 2009-08-14 07:42:06
TEXT:


Anyway, it's good to have ambitions in life.

I guess your site, with adult stuff, should get more advertisement, including in Africa where the biggest potential market is, usually people like girls of their own place/country, that is why I talked about that forumphilia board, but of course I am aware that most of people in Africa do not have access to internet, and when they can, it's mainly via public computers (cyber-café, etc), not the best place to enjoy that kind of stuff. You can may try to advert. in those worldsex guide I posted the url (just observe first how it works there).

For producers of our sweeties, for the moment (means guys who look for or are in the biz.):
1-Mabuhay (in DB)
2-Lollipop (DB) (he is coming back soon)
3-ShowStar (DB)
4-A Russian (not yet in DB)(have a look here of his stuff, please don't share :
http://www.zshare.net/download/6383348115120725/
5- ??? Hasness : I never knew if he did or does run a site, was sometimes talking of his "models" ?.

and 3 others fellows I still wait for. Of course other can come, sometimes I get a tip, then inquire, etc.

In fact most of the guys who run pay sites for years are Russian, usually smart guys, hackers as well. But they master the all scene and do not look for association or hosting, and some behave like sharks (selling whatever they may find, hacking boards, sites), so I avoid them, it's a kind of mafia, most of the LS sites that are still around are run by them. I prefer friendly approach and cooperation.

Here are some bbs you can possibly advertise, check first with Head Adm. if okay,
and tell them I gave you the url.

http://beam.to/ghboard (Adm : iGhost)
http://macinzcott.comuf.com/ (Bocha)
http://touzoku.sakura.ne.jp/team_kiki/index.php (KIKI)
http://sharehappy.informe.com/forum/ (CCH)
http://aidnalnaimed.19.forumer.com/ (Demian)

There are less active than DB, and generally less interesting, but a board is a board.
Have a look.


--------------------------------------------------------------

FROM: Ibro
TO: catfish
SUBJECT: Ready!
DATE SENT: 2009-08-23 07:05:59
TEXT:
Hi catfish,

I'm ready, but for what exactly I don't know ;)

I don't know you and I don't know what is your solution. I'm always reluctant when one talked about "private host" (these are the Hawkeye's words). We had a good friend at Pr0nZ that offered such a private computer for our hosting. It was detected and investigated... and you imagine what has followed. We have no news of our friend since these days.

I don't want you get any trouble because of your generosity! ;)

I have still to see with Hawkeye with domain names, because there is no way to get main ".com" domain names without to pay. But we can already install all the stuff.

I imagine you have already apache + php + mysql on your web server, but don't hesitate to discuss with me about all that.

Wait for your answer > at Hawkeye's bbs
- Ibro -

-----------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: PM
DATE SENT: 2009-11-28 10:00:53
TEXT:


Hello CF,

Does the business improves a little bit with the LS stuff & others ?

I saw you ask people to sent you a SMS after W.Union transaction, please remember:

http://ezinearticles.com/?How-to-Trace-a-Cell-Phone-Location&id=665747
http://www.themobiletracker.com/english/index.html

it should be only via emails :wink:
-----------------------------------------------------------
FROM: catfish
TO: Dasha4Ever
SUBJECT: Sent: Re:PM
DATE SENT: 2009-11-28 23:07:27
TEXT:

Hello CF,

Does the business improves a little bit with the LS stuff & others ?

I saw you ask people to sent you a SMS after W.Union transaction, please remember:

http://ezinearticles.com/?How-to-Trace-a-Cell-Phone-Location&id=665747
http://www.themobiletracker.com/english/index.html

it should be only via emails :wink:


yes things are better now. chers

-------------------------------------------------------------

IP June 2010

| author_nam | ip_address | post_date | DATE-GMT | | country | ISP | ISP address | City |
|---|---|---|---|---|---|---|---|---|
| catfish | 41.191.228.106 | 1267681014 | 3/4/2010 5:36 | KE | | MOMBASA CLIENTS | MOMBASA CLIENTS | |
| catfish | 196.0.7.68 | 1268676154 | 3/15/2010 18:02 | UG | | Uganda Telecom | Uganda Telecom | |
| catfish | 196.0.7.67 | 1268680854 | 3/15/2010 19:20 | UG | | Uganda Telecom | Uganda Telecom | |
| catfish | 41.191.228.106 | 1269063361 | 3/20/2010 5:36 | KE | | MOMBASA CLIENTS | MOMBASA CLIENTS | |
| catfish | 196.201.208.192 | 1269165455 | 3/21/2010 9:57 | NL | | RIPE Network Coordination Centre | P.O. Box 10096 | Amsterdam |
| catfish | 41.72.193.146 | 1271177426B | 4/20/2010 14:37 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1271826989 | 4/21/2010 5:16 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1274850981 | 5/26/2010 5:16 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1274860622 | 5/26/2010 7:57 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1274869037 | 5/26/2010 10:17 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1275061644 | 5/28/2010 15:47 | KE | | Sollatek Electronics | Sollatek Electronics | |
| catfish | 41.72.193.146 | 1275976993 | 6/8/2010 6:02 | KE | | Sollatek Electronics | Sollatek Electronics | |

Page 1 of 9

*Private Messages*
*June 2010*

FROM: Dasha4Ever
TO: catfish
SUBJECT: PM
DATE SENT: 2009-11-28 10:00:53
TEXT:


Hello CF,

Does the business improves a little bit with the LS stuff & others ?

I saw you ask people to sent you a SMS after W.Union transaction, please remember:

http://ezinearticles.com/?How-to-Trace-a-Cell-Phone-Location&id=665747
http://www.themobiletracker.com/english/index.html

it should be only via emails :wink:
--------------------------------------------------------------
FROM: catfish
TO: Dasha4Ever
SUBJECT: Sent: Re:PM
DATE SENT: 2009-11-28 23:07:27
TEXT:



Hello CF,

Does the business improves a little bit with the LS stuff & others ?

I saw you ask people to sent you a SMS after W.Union transaction, please remember:

http://ezinearticles.com/?How-to-Trace-a-Cell-Phone-Location&id=665747
http://www.themobiletracker.com/english/index.html

it should be only via emails :wink:


yes things are better now. chers

--------------------------------------------------------------
FROM: Ibro
TO: catfish
SUBJECT: NY-Time
DATE SENT: 2010-01-03 11:16:59
TEXT:
Hi catfish

I wish you all the best for this new year. Thanks once more for what you did :up:

Yours
- Ibro -

----------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: PRIVATE BOARD
DATE SENT: 2010-01-03 13:09:05
TEXT:


**Hello catfish,**

**You will be invited to join a PRIVATE board when all is ready.**
**Not ALL producers from here will be invited, only those I feel conformable with,**
**I am tired of some guys. Some others will join.**

**Keep the info for you, thank you. :up:**



----------------------------------------------------------------
FROM: catfish
TO: Ibro
SUBJECT: Sent: Re:NY-Time
DATE SENT: 2010-01-04 00:57:48
TEXT:

    Hi catfish

    I wish you all the best for this new year. Thanks once more for what you did :up:

    Yours
    - Ibro -


your welcome ibro
----------------------------------------------------------------
FROM: Bones
TO: catfish
SUBJECT: Lookin for help
DATE SENT: 2010-01-04 23:57:06
TEXT:
Hey Catfish... I was wanting to know if you can hook me up with some young fun in the states... I figured that with your operation/way of doing business, that you might have contact with some people

here....

I've actually been wanting to ask this for some time now....

Here's the deal...

I decided to go on vacation for the month of January... It's the 4th of Jan and i'm in Dallas... A good place to find young girls *12-?* for sex... I went to this BBQ place and I see this dude with a young girl around 11-12... She doesn't look anything like him, he's huge, enforcer type huge, and she didn't look to be excited to be with him... That rules out she's his girlfriends kid... Without knowing the details I can tell you this.... He's her pimp

Do you happen to know this guy thru your website?

Or any other people that will pimp out their girls?

I only like girls that are old enough for sex... That rules out the 5-10 year olds

And it doesn't need to be Dallas... Like I stated, i'm on vacation, I can travel anywhere here in the states for fun

I hope this doesn't come across as too forward... Afterall.... Sex with minors is what this is all about

I'm gonna stick around in Dallas until the 6th... Longer if you can point me in the right direction

Another thing I need to say... Money isn't a problem... You hafta pay to play... Right?

If you can help me, I would want to pay you a finders fee... Those things can be ironed out easy enough

Thanks Catfish

btw... love those Goldberg girls

Talk to you later
--------------------------------------------------------------
FROM: catfish
TO: Bones
SUBJECT: Sent: Re:Lookin for help
DATE SENT: 2010-01-05 01:10:23
TEXT:
Hi There

Sorry but i dont know the first thing about Dallas. In fact i've never been to the USA :wub:

Cheers
CF

Hey Catfish... I was wanting to know if you can hook me up with some young fun in the states... I figured that with your operation/way of doing business, that you might have contact with some people here....

I've actually been wanting to ask this for some time now....

Here's the deal...

I decided to go on vacation for the month of January... It's the 4th of Jan and i'm in Dallas... A good place to find young girls *12-?* for sex... I went to this BBQ place and I see this dude with a young girl around 11-12... She doesn't look anything like him, he's huge, enforcer type huge, and she didn't look to be excited to be with him... That rules out she's his girlfriends kid... Without knowing the details I can tell you this.... He's her pimp

Do you happen to know this guy thru your website?

Or any other people that will pimp out their girls?

I only like girls that are old enough for sex... That rules out the 5-10 year olds

And it doesn't need to be Dallas... Like I stated, i'm on vacation, I can travel anywhere here in the states for fun

I hope this doesn't come across as too forward... Afterall.... Sex with minors is what this is all about

I'm gonna stick around in Dallas until the 6th... Longer if you can point me in the right direction

Another thing I need to say... Money isn't a problem... You hafta pay to play... Right?

If you can help me, I would want to pay you a finders fee... Those things can be ironed out easy enough

Thanks Catfish

btw... love those Goldberg girls

Talk to you later


-------------------------------------------------------------
FROM: catfish
TO: Dasha4Ever
SUBJECT: Sent: Re:PRIVATE BOARD
DATE SENT: 2010-01-05 01:12:37
TEXT:
Hi D4E

Yeah things seem to be getting too hot at HM. Maybe its the hacker but why target you???

Cheers
CF


**Hello catfish,**

**You will be invited to join a PRIVATE board when all is ready.**
**Not ALL producers from here will be invited, only those I feel conformable with,**
**I am tired of some guys. Some others will join.**

**Keep the info for you, thank you. :up:**


-----------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: Re:PRIVATE BOARD
DATE SENT: 2010-01-09 05:08:42
TEXT:

Good question : the way I feel it, green is probably a friend of Lion, and has for mission to take revenge (remember Lion does not love me very much). Will try to solve this anyway, but I am tired of those quarrels there, I work hard to have the big there, and got rotten eggs on my face, not cool. I did not introduced green in the HM section btw.

Yours,

D4E


Hi D4E

Yeah things seem to be getting too hot at HM. Maybe its the hacker but why target you???

Cheers
CF


**Hello catfish,**

file:///E:/catfish/june%202010/member_private_messages/catfish.htm
10/22/2014

**You will be invited to join a PRIVATE board when all is ready.**
**Not ALL producers from here will be invited, only those I feel**
**conformable with,**
**I am tired of some guys. Some others will join.**

**Keep the info for you, thank you. :up:**


---------------------------------------------------------------

FROM: Dasha4Ever
TO: catfish
SUBJECT: soon
DATE SENT: 2010-02-07 06:49:58
TEXT:

http://www.onlinedisk.ru/file/343324/
4-YR-@^@-ONLY

:up:
---------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: CC
DATE SENT: 2010-03-08 12:31:57
TEXT:
Hello catfish,

Just have a look about those means of payment, could be interesting for your customers :

http://lpbbs.ok.ru/index1.html

check
http://artpixbbs.freebbs.hk/thread-1522-1-1.html

:cheers:
---------------------------------------------------------------
FROM: Dasha4Ever
TO: catfish
SUBJECT: wonder
DATE SENT: 2010-05-07 08:06:22
TEXT:
Hello CF,

Did you get my message that I sent to your email, from your board ?

Regards
---------------------------------------------------------------
FROM: catfish
TO: Dasha4Ever
SUBJECT: Sent: Re:wonder
DATE SENT: 2010-05-07 08:34:04
TEXT:

    Hello CF,

    Did you get my message that I sent to your email, from your board ?

    Regards


No
---------------------------------------------------------------
FROM: Hawkeye
TO: catfish
SUBJECT: Homemade
DATE SENT: 2010-05-08 01:30:15
TEXT:
Hi my friend, please post something in Homemade section.

its not just my board, its yours as well, so it would be good to see a recent post from you in homemade section!

also it helps to keep Homeade section alive, and encourgaes others to post private material.

Thanx buddy :)
---------------------------------------------------------------
FROM: catfish
TO: Hawkeye
SUBJECT: Sent: Re:Homemade
DATE SENT: 2010-05-08 02:25:00
TEXT:

    Hi my friend, please post something in Homemade section.

    its not just my board, its yours as well, so it would be good to see a recent post from you in homemade section!

    also it helps to keep Homeade section alive, and encourgaes others to post private material.

    Thanx buddy :)

Sorry but there is not much i can add onto what lofty and others have done already. If you would like to remove me from homemade please go ahead, I'll have no objections. My stuff is not that private anyway. It can be downloaded by anybody from P2P networks (as can be seen i svip)

-----------------------------------------------------------

FROM: Hawkeye
TO: catfish
SUBJECT: Re:Homemade
DATE SENT: 2010-05-08 11:49:41
TEXT:

> Hi my friend, please post something in Homemade section.
>
> its not just my board, its yours as well, so it would be good to see a recent post from you in homemade section!
>
> also it helps to keep Homeade section alive, and encourgaes others to post private material.
>
> Thanx buddy :)

Sorry but there is not much i can add onto what lofty and others have done already. If you would like to remove me from homemade please go ahead, I'll have no objections. My stuff is not that private anyway. It can be downloaded by anybody from P2P networks (as can be seen i svip)

O.k thanx :)
-----------------------------------------------------------

FROM: Dasha4Ever
TO: catfish
SUBJECT: board
DATE SENT: 2010-05-10 05:46:23
TEXT:
Hello CF,

what's your email again ? I prefer to use that way, instead of here.

regards

D4E
-----------------------------------------------------------

FROM: catfish
TO: Dasha4Ever

SUBJECT: Sent: Re:board
DATE SENT: 2010-05-10 06:03:34
TEXT:

Hello CF,

what's your email again ? I prefer to use that way, instead of here.

regards

D4E


anthgrand@gmail.com

------------------------------------------------------------
FROM: BossHiaka
TO: catfish
SUBJECT: Possible virus
DATE SENT: 2010-05-19 16:25:44
TEXT:
Greetings Catfish

I was alerted about the possibility of a virus on your host. It may be a false positive of course, though I will let you check it out.

   http://i4.fastpic.ru/big/2010/0520/01/b7a868f15527c8cd9448722e5d84aa01.jpg

:cheers:
------------------------------------------------------------
FROM: catfish
TO: BossHiaka
SUBJECT: Sent: Re:Possible virus
DATE SENT: 2010-05-21 01:19:54
TEXT:

Greetings Catfish

   I was alerted about the possibility of a virus on your host. It may be a false positive of course, though I will let you check it out.

      http://i4.fastpic.ru/big/2010/0520/01/b7a868f15527c8cd9448722e5d84aa01.jpg

   :cheers:


OK i'll delete the files
------------------------------------------------------------

file:///E:/catfish/june%202010/member_private_messages/catfish.htm          10/23/2014

# PayPal

PayPal-Restricted
Information Created on: May 7, 2010 20:30:41 GMT

| Account Home | Risk Info | Products Info | Transaction Log | Activity Log | Service Log | Shipping Log | Contact Tracking | TPI Lookup |

## FIT Page for brian maweu



Print Page

### User Info

| | |
|---|---|
| First Name: | brian |
| Last Name: | maweu |
| SSN: | |
| TIN: | |
| DOB: | |
| Credit Card Statement Name: | EZZIARTS |
| Extended Credit Card Statement Name: | EZZIARTS |
| Referrer Email: | No Daddy Linked  |  Not Linked  |  None |
| Email: | brian@ezziarts.com |

### Business Info

| | |
|---|---|
| Name: | ezziarts |
| URL: | |
| Customer Service Phone: | +254 254711480760  - Trusted |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | 1660266794981715489 |
| Account Type: | **Business - Kenyan Verified - Cat10A (Kenya)** |
| Time Created: | Jan. 9, 2008 03:04:16 PST |
| Sanction List Status: | Passed |
| Account Flags: | |

### Financials

| | |
|---|---|
| Account Balance: | $0.00 USD |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $0.00 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $0.00 USD<br>$0.00 USD<br>$0.00 USD |
| Total Withdrawal Limit (Cumulative) | |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| brian@ezziarts.com | ✔ | ✔ | ✔ |

### Phone numbers

| Phone Number | Type | Confirmation Status | Status | Trust | Payment Enabled |
|---|---|---|---|---|---|
| +254 254711480760 | Home | Unconfirmed - No Attempt | Active | Trusted | Not Activated |
| +254 254711480760 | Work | Unconfirmed - No Attempt | Active | Trusted | Not Activated |
| +254 254711480760 | Customer Service | Unconfirmed - No Attempt | Active | Trusted | Not Activated |

### Addresses

| Status | Address | Use | Trust |
|---|---|---|---|
| **Active - Business**<br>LocConf Unconfirmed | ezziarts<br>box 34246<br>mombasa<br>Kenya | | Trusted |
| **Active - Contact**<br>LocConf Unconfirmed | ezziarts<br>po box 34248<br>mombasa<br>80118<br>Kenya | (Home) | Trusted |

### Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| No restrictions on this account. | | | |

### Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|
| No Banks on file | | | | | | | | |

### Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|---|
| VISA<br>Unavail. | Inactive<br>Visa-RC | CVV2 RdChg (Refunded) | brian maweu | 4251-9700-0007-9717 | 11/2009 | NA | | | Trusted |

### Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | |

### PayPal Credit

No information available

### Auctions

| Auction User ID | | Auction Manager User ID |
|---|---|---|
| No Auctions on file | | |

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| No Mobile payments on file | | | | | |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entites other than the intended recipient is prohibited. If you received this information in error, please contct the sender or delete the material from any computer."

**PayPal**

PayPal-Restricted
Information Created on: May 7, 2010 20:26:14 GMT

| Account Home | Risk Info | Products Info | Transaction Log | Activity Log | Service Log | Shipping Log | Contact Tracking | TPI Lookup |

## FIT Page for brian musomba maweu

Print Page

### User Info

| | |
|---|---|
| First Name: | brian |
| Last Name: | maweu |
| SSN: | |
| TIN: | |
| DOB: | August 16, 1963 |
| Credit Card Statement Name: | BRIANMUSOMB |
| Extended Credit Card Statement Name: | BRIANMUSOMB |
| Referrer Email: | No Daddy Linked  |  Not Linked  |  None |
| Email: | brian.musomba@sollatek.co.ke |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | 1310801085682555053 |
| Account Type: | **Personal - Kenyan Verified (Kenya)** |
| Time Created: | Nov. 20, 2009 03:25:02 PST |
| Sanction List Status: | Not Passed - No List |
| Account Flags: | |

### Financials

| | |
|---|---|
| Account Balance: | $0.00 USD |
| Total Amount Sent (USD Equiv): | $20.00 USD |
| Total Amount Received: | $0.00 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $0.00 USD<br>$0.00 USD<br>$0.00 USD |
| Total Withdrawal Limit (Cumulative) | |

### Business Info

| | |
|---|---|
| Name: | |
| URL: | |
| Customer Service Phone: | |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| brian.musomba@sollatek.co.ke | ✔ | ✔ | ✔ |

### Phone numbers

| Phone Number | Type | Confirmation Status | Status | Trust | Payment Enabled |
|---|---|---|---|---|---|
| +254 0711480760 | Home | Unconfirmed - No Attempt | Active | Trusted | Not Activated |

### Addresses

| Status | Address | Use | Trust |
|---|---|---|---|
| **Active**<br>LocConf Unconfirmed | brian maweu<br>box 34246<br>mombesa<br>kenya<br>na<br>Kenya | (Home)<br>(CC 9717 Unconfirmed) | Trusted |

### Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| No restrictions on this account. | | | |

### Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|
| No Banks on file | | | | | | | | |

### Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|---|
| VISA<br>Unavail. | Primary<br>Visa-RC | CW2 RdChg (Refunded) | brian maweu | 4251-9700-0007-9717 | 11/2011 | NA | | | Trusted |

### Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | |

### PayPal Credit

No information available

### Auctions

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

Go to top

### Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| No Mobile payments on file | | | | | |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entites other than the intended recipient is prohibited. If you received this information in error, please contct the sender or delete the material from any computer."

**UNITED STATES OF AMERICA**
**U.S. DEPARTMENT OF JUSTICE**

IN RE: SUBPOENA DUCES TECUM                    Crim Div/CEOS #201000242
DIRECTED TO INTERNET IDEAS, INC.               ADMS 10-0777
D/B/A CERTIFIED HOSTING
_____/

## <u>CERTIFIED HOSTING'S RESPONSE TO SUBPOENA DUCES TECUM</u>

Respondent, INTERNET IDEAS, INC., d/b/a CERTIFIED HOSTING ("CERTIFIED HOSTING"), pursuant to the Subpoena served on or about December 2, 2009, responds as follows:

1.      Any and all responsive information regarding requests "a" through "f" of the Subpoena, pertaining to the customer associated with the URL identified in the Subpoena, is attached hereto as Exhibit "A."

2.      The fully executed Declaration of Custodian of Records form is attached hereto as Exhibit "B."

3.      **General Objection**: To the extent that any of the documents sought are protected from disclosure by any applicable or recognized privilege, Respondent CERTIFIED HOSTING objects to the Subpoena to the extent it calls for production of such privileged documents.

4.      **Objection – Stored Communications Act:** Respondent CERTIFIED HOSTING objects to the Subpoena to the extent it requests any information relating to electronic communications sent or received by the identified customer, and stored on CERTIFIED HOSTING's servers, pursuant to the Stored Communications Act, 18 *U.S.C.* § 2702.

5.     **Preservation of Rights:**  By submitting this Response, Respondent CERTIFIED HOSTING does not intend to waive any applicable rights, privileges, or immunities provided by the United States Constitution and/or the constitution of any individual state, as well as Section 230 of the Communications Decency Act of 1996; 47 U.S.C. § 230, or under the Stored Communications Act; 18 U.S.C. §§ 2701 & 2702, et seq..

*WESTON, GARROU, WALTERS & MOONEY*

Lawrence G. Walters
Florida Bar No.:776599
781 Douglas Avenue
Altamonte Springs, Florida 32714
(407) 975-9150
(407) 774-6151 fax
Larry@FirstAmendment.com
Attorney for Respondent CERTIFIED HOSTING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to: Emily Gluth, Paralegal II, United States Department of Justice, Child Exploitation and Obscenity Section, Emily.Doerge@usdoj.gov this 16th day of December, 2009.

Lawrence G. Walters

## PRIVILEGE LOG

1.      Exhibit "A": Screenshots of CERTIFIED HOSTING's "Summary" screen of their "Clients Profile" client management software contains a section titled "Last Five Emails."  The Dates, Times, and Subjects of these emails have been redacted pursuant to the Stored Communications Act, Title 18 *U.S.C.* §2703.

2.      Screenshots of CERTIFIED HOSTING's "Emails" screen of their "Clients Profile" client management software, detailing Dates and Subjects of each email exchange with the subject client, have been withheld pursuant to the Stored Communications Act, Title 18 *U.S.C.* §2703.

3.      Customer service support-related email communications to and from the identified customer, electronically stored by CERTIFIED HOSTING, have been withheld pursuant to the Stored Communications Act, Title 18 *U.S.C.* §2703.



Exhibit "A"



Copyright © WHMCompleteSolution. All Rights Reserved.



## Clients Profile

Active Client: Brian Maweu ▼   Go

Summary   Profile   Contacts   **Products/Services**   Domains   Billable Items   Invoices   Quotes   Transactions   Emails   Notes

Products: INSANE – myafricangirls.com ▼   Go

**Disk Usage:** 19189 MB, **Disk Limit:** 100000 MB, **19% Used** :: **BW Usage:** 15073 MB, **BW Limit:** 1000000 MB, **2% Used**
(Last Updated: 12/10/2009 23:32)

| Order # | 12B3 – View Order |
| --- | --- |
| Registration Date | 09/07/2008 |
| Package | NH Virtual Hosting Plans – INSANE ▼ |
| Server | montero.icertified.net (80/100 Accounts) ▼ |
| Domain | myafricangirls.com         www whois |
| Dedicated IP | |
| Addons | 0 Addon/s – Click here to Manage |
| First Payment Amount | 238.80 |
| Recurring Amount | 238.80 |
| Billing Cycle | Biennially ▼ |
| Next Due Date | 09/07/2010 |
| Payment Method | PayPal ▼ |
| Subscription ID | 5-5V886339HB022453K |
| Username | myafrica          login to control panel |
| Password | 8daOk3U2X4 |
| Status | Active ▼ |
| Module Commands | [Create] [Suspend] [Unsuspend] [Terminate] [Change Package] [Change Password] |

maweu_profil...

ULQ-564627

---

## New account on montero.icertified.net (myafricangirls.c...

### cpanel@montero.icertified.net

07 Sep 2008 03:05 PM

---

**cpanel@montero.icertified.net - 07 Sep 2008 03:05 PM**

```
+==================================+
| New Account Info                 |
+==================================+
| Domain: myafricangirls.com
| Ip: 204.15.255.141 (y)
| HasCgi: y
| UserName: myafrica
| PassWord: ***HIDDEN***
| CpanelMod: rvblue
| HomeRoot: /home
| Quota: 100000 Meg
| NameServer1: DNS1.ICERTIFIED.NET
| NameServer2: DNS2.ICERTIFIED.NET
| NameServer3:
| NameServer4:
| Contact Email: anthgrand@gmail.com
| Package: INSANE
| Feature List: default
| Language: english
+==================================+
Account was setup by: root (root)
```

---



CKS-269260

---

| WHMCS User Details Change |
|:-:|

### Certified Hosting

### 10 Feb 2009 02:42 AM

---

**Certified Hosting - 10 Feb 2009 02:42 AM**


User ID: 1152 has requested to change his/her details from:

First Name: Peter
Last Name: North
Company Name:
Email Address: anthgrand@gmail.com
Address 1: 300 Yoakum Parkway, #1515
Address 2:
City: alexandria
State/Region: virginia
Postcode: 22304
Country: US
Phone Number: 254711480760

To the following:

First Name: Brian
Last Name: Maweu
Company Name:
Email Address: anthgrand@gmail.com
Address 1: box 2373
Address 2:
City: Mombasa
State/Region: n/a
Postcode: 80100
Country: KE
Phone Number: 254711480760

If you don't see any changes, the user may have just submitted the form without change.  If you are unhappy with any of the changes, you need to login and undo them - this is the only record of the old details.

CKS-269260

http://certifiedhosting.com/myaccount/admin/

XJR-257025

---

## WHMCS User Details Change

### Naked Hosting

#### 07 Sep 2008 05:03 AM

---

**Naked Hosting - 07 Sep 2008 05:03 AM**


User ID: 1152 has requested to change his/her details from:

First Name: brian
Last Name: musomba
Company Name:
Email Address: anthgrand@gmail.com
Address 1: box 2373
Address 2:
City: mombasa
State/Region: kenya
Postcode: 80100
Country: KE
Phone Number: 254711480760

To the following:

First Name: peter
Last Name: north
Company Name:
Email Address: anthgrand@gmail.com
Address 1: 300 Yoakum Parkway, #1515
Address 2:
City: alexandria
State/Region: virginia
Postcode: 22304
Country: US
Phone Number: 254711480760

If you don't see any changes, the user may have just submitted the form without change.  If you are unhappy with any of the changes, you need to login and undo them - this is the only record of the old details.

XJR-257025

http://www.hostpayment.com/myaccount/admin/



idewiki ⌄   ⭐ Bookmarks ⌄   Check ⌄   Translate ⌄   AutoFill ⌄

n Filling   Save   Generate

[50] ⌄   Certified Messages  [0] ⌄     Help Desk ⌄     Certified Hang Outs ⌄   E-mail Notifier ⌄

⌄   Resize ⌄   Highlight

| Orders | Billing | Support | Reports | Utilities | Setup | Help |
|---|---|---|---|---|---|---|

# Clients Profile

Active Client:  Brian Maweu                                   ⌄   Go

| Summary | Profile | Contacts | Products/Services | **Domains** | Billable Items | Invoices | Quotes | Transactions | Emails | Notes |
|---|---|---|---|---|---|---|---|---|---|---|

Domains:  myafricangirls.com  ⌄   Go

| | |
|---|---|
| Order # | 1283 - View Order |
| Order Type | Register |
| Domain | myafricangirls.com        www whois |
| Registrar | Enom |
| First Payment Amount | 10.00 |
| Recurring Amount | 10.00 |
| Registration Period | 1      Year/s |
| Registration Date | 09/07/2008 |
| Expiry Date | 09/07/2010 |
| Next Due Date | 09/07/2010 |
| Payment Method | PayPal |
| Subscription ID | |
| Status | Active |
| Nameserver 1 | dns1.icertified.net |
| Nameserver 2 | dns2.icertified.net |
| Nameserver 3 | |
| Nameserver 4 | |
| Registrar Lock | ☑ Tick to enable |
| Registrar Commands | [Register] [Transfer] [Renew] [Modify Contact Details] [Get EPP Code] |

_maweu_accb...



**Certified Hosting Solutions**

22365 Barton Road
Suite 309
Grand Terrace, CA  92313

## Invoice #18879

Invoice Date: 07/06/2009

Due Date: 07/06/2009

**Invoiced To**
Brian Maweu
box 2373
Mombasa, n/a, 80100
Kenya

# PAID

| Description | Amount |
|---|---|
| Add Funds | $10.00 USD |
| Sub Total | $10.00 USD |
| Credit | $0.00 USD |
| Total | $10.00 USD |



**Certified Hosting Solutions**

22365 Barton Road
Suite 309
Grand Terrace, CA 92313

## Invoice #18880

Invoice Date: 07/06/2009

Due Date: 07/06/2009

**Invoiced To**
Brian Maweu
box 2373
Mombasa, n/a, 80100
Kenya

# PAID

| Description | Amount |
|---|---|
| Add Funds | $10.00 USD |
| **Sub Total** | **$10.00 USD** |
| **Credit** | **$0.00 USD** |
| **Total** | **$10.00 USD** |



**Certified Hosting Solutions**
22365 Barton Road
Suite 309
Grand Terrace, CA 92313

## Invoice #21061

Invoice Date: 08/31/2009

Due Date: 09/07/2009

**Invoiced To**
Brian Maweu
box 2373
Mombasa, n/a, 80100
Kenya

# PAID

| Description | Amount |
|---|---|
| Domain Renewal - myafricangirls.com - 1 Year/s - ID Protection | $10.00 USD |
| **Sub Total** | **$10.00 USD** |
| **Credit** | **$10.00 USD** |
| **Total** | **$0.00 USD** |



**Certified Hosting Solutions**

22365 Barton Road
Suite 309
Grand Terrace, CA  92313

## Invoice #9158

Invoice Date: 09/07/2008

Due Date: 09/07/2008

**Invoiced To**
Brian Maweu
box 2373
Mombasa, n/a, 80100
Kenya

# PAID

| Description | Amount |
|---|---|
| INSANE - myafricangirls.com (09/07/2008 - 09/06/2010) | $238.80 USD |
| Domain Registration - myafricangirls.com - 1 Year/s - ID Protection | $10.00 USD |
| **Sub Total** | **$248.80 USD** |
| **Credit** | **$0.00 USD** |
| **Total** | **$248.80 USD** |

*Back up Board*
*SW#17*

*"Catfish 2"*

FROM: Hawkeye
TO: catfish2
SUBJECT: Re:website
DATE SENT: 2011-01-04 11:53:47
TEXT:
Hi Hawkeye

Just so you know, my site was most likely taken over by LEA. Somehow they got to know about the catfish board and sent a complaint to the Kenya CID (equivalent to the American FBI) via the united states postal service. I slept in a police cell for 5 good days in December and there is an ongoing case in court which if all goes well will disappear for lack of evidence since there is no local witness to collaborate evidence which only the United states postal service have.

Interestingly they were not interested in who i sold stuff to and knew nothing about Dreamboard.

Seems somebody got arrested and told the LEA everything. I first suspected Peter North but since he got jailed long before i started MAG and there were only a handful of people who knew catfish board.

Cheers


Even though dream was not mentioned, this is the kind of thing that makes me want to quit

You got into trouble, and then other friends of mine got into other troubles, from various other ontopic reasons etc...

The authoritess are going way too far these days.

I hope to god, you end up o.k

let me know, when your o.k

---

FROM: Hawkeye
TO: catfish2
SUBJECT: Re:website
DATE SENT: 2011-01-07 15:46:26
TEXT:


Even though dream was not mentioned, this is the kind of thing that makes me want to quit

You got into trouble, and then other friends of mine got into other troubles, from various other ontopic reasons etc...

The authoritess are going way too far these days.

I hope to god, you end up o.k

let me know, when your o.k


Yes its become too risky to share. I did reach an 'understanding' with the officers concerned so its unlikely i will go to jail. The US postal service wanted me to be tried in the USA however this is Kenya. They lessened the charge, arranged to charge me locally so it looks like something is being done (its the USA complaining!) and will arrange to make the court case disappear. It will however be a hard year for me financially ;-)


A hard year, is 100 times better than the rest of your life being hard.
That is to say, one hard year and then its gone, rather than jail and a lifelong sex offender record

I hope you get through this

God be with you

March 3rd 2015.

Hi John.

Its a long time since we last met. I hope all is well with you and that you got my previous two letters.

This is just to let you know, following the way things are going, I have made up my mind to plead not guilty to all three counts. The prosecutor has done me no favours, I in turn owe him none.

I revoke all I said in previous debriefing sessions as it was not under oath. I was intimidated with threats of life sentence if I dont reveal other players and I was asked questions pertaining to matters that were outside of the boundaries set by the Avidavit in support of extradition (item 39) and the extradition treaty between the USA and Kenya (article 7). Also I was not read my rights so whatever I said was not constructed to be credible but to please the ears of the prosecutor and investigating officer as I was under pressure to do.

I intend to seek compensation from the law enforcement agency which did this investigation as their efforts resulted in the eventual loss of employment due to my first arrest and also a collapse of my efforts to recover due to the second arrest and my current state. I have been treated as if I enjoy the income generating opportunities of a US citizen when in fact these very actions have rendered me a destitute in a poor third world country. I was kept in chains from Brussels to Atlanta, for a total of 9 hours during which I was

GOVERNMENT
EXHIBIT
7

...in pain of stomach because the chain was tied tight, and unable to eat properly because my hands were chained. All this in spite of the fact I was a 51 year old unarmed man charged with a non violent crime and escorted by at least two young and very fit US marshalls.

These law enforcement agency misled the grand jury into believing Dreamboard was always on a US server (page 4 of the third superceding Indictment) and that my credit card was used to pay the hosting fees. They also misled the grand jury into believing that I am the one who posted everything under the 'catfish' screen name.

As a result of this obviously sloppy investigation an arrest warrant was issued against me and a totally misplaced extradition request made against me which completely ignored the fact that child pornography is not a crime of extradition (Article III), and that a related child pornography case against me filed by the Kenyan law enforcement ended in my aquittal two years later. It is noteworthy that in this case I was also accused of being behind the catfish screen name as pertains to my alleged African Girls website, a website that was given to Kenyan law enforcement by the same US law enforcement (Avidavit in support of extradition item 35 to 39) and which lead to the arrest and trial I was eventually aquitted from.

I have the details of the points of weakness

of this case which we can discuss when your next visit.

Sorry I was not of much interest in the last meeting, I was not expecting to be shown anything to do with the actual dreamboard site by the prosecutor, I simply wanted a paper copy of evidence from you but I already knew that they would not have it. As explained, the evidence in the actual dreamboard site is neither here or there because of what I have just stated in this letter and the details we will discuss later.

Please advise how we can go about seeking financial compensation. I am looking at around 200,000 USD and you can get a share if we succeed.

Best Regards

Brian.  3/3/2015

P.S. I would prefer that you talk to prosecutor and team on my behalf. I will have points which would be needed for you to make and I hope this will be in order.

# JOHN F. STROUD, III
## -ATTORNEY AT LAW-
### Licensed in Texas and Arkansas

---

**515 MAIN STREET**
**TEXARKANA, TEXAS 75501**

**TELEPHONE (903) 793-3535**
**TELECOPIER (903) 793-2655**
**E-MAIL jfstroud@cableone.net**

November 30, 2015

Ms. Louise Rambo
Federal Public Defender's Office
300 Fannin Street, Suite 2199
Shreveport, LA  71101

     Re:   U.S.A. v. Brian Musomba Maweu

Dear Ms. Rambo:

Enclosed please find my completed CJA voucher for representation of Mr. Maweu.

If you need anything further just let me know.

Thank you.

Sincerely yours,

John F. Stroud, III

JFS/rr
Enclosure

**GOVERNMENT EXHIBIT 8**

# O F F I C E

# MEMO

## MEMORANDUM

**To:** SHREVEPORT AND MONROE DIVISION CJA PANEL ATTORNEYS
**From:** LOUISE RAMBO
**Subject:** CJA VOUCHERS
**Date:** January 1, 2012

### PLEASE READ

The status conference and the pretrial conferences *are out of court* charges and should be listed on out of court worksheet; when more than one task on same date, please split time in correct category;

Waiting on a jury verdict is out of court time under other;

Work is only paid beginning the date that is on voucher form in slot #13; dates in slot #19 must be hand written and ALL boxes in #22 MUST be checked;

Please be sure to check the pay rate changes and the mileage rate changes; when listing copies in description put the number of copies;

If the rate changes for in and out of court charges, please use a **new worksheet**;

Use the time sheets I provide to you with a *caption on each sheet*, make copies if needed;

Travel time should be claimed only for travel in excess of **14 miles.  Due to current budget cuts, in-town travel will not be compensated.**

Time is to be in tenths from the chart I have provided;

That when available and conflict is not an issue, experts from the Shreveport/Bossier City area should be used.   The same applies to Monroe experts.

Court time should be limited to actual time spent in court, per the court minutes (from PACER), and any other time in connection with a court appearance, such As interviewing the client or witnesses or reviewing documents in preparation for court, should be put in the appropriate out of court category.

If the voucher requests payment in excess of the statutory maximum, the voucher must be accompanied by a CJA26 and a detailed letter of explanation justifying the charges;

** Be watchful of time talking to family;
** Reviewing minute entries in ECF should be limited

From the desk of...

Louise Rambo
CJA Panel Administrator
Federal Public Defender's Office
Western District of Louisiana
300 Fannin Street, Suite 2199
Shreveport, LA 71101

318-676-3310
318-676-3313

Please submit ORIGINAL voucher with worksheets to me in Shreveport , or should you have any questions, please contact me in the Shreveport Office.  Thanks for all your help.

CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| LAW | MAWEU, BRIAN MUSOMBA | | 50002727 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 5:10-000319-011 | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. MAWEU | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 2252A.F -- Activities relating to material constituting or containing child pornography

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
STROUD III, JOHN F.
515 Main
TEXARKANA TX 75501

Telephone Number: _____

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
- ☒ O  Appointing Counsel
- ☐ F  Subs For Federal Defender
- ☐ P  Subs For Panel Attorney
- ☐ C  Co-Counsel
- ☐ R  Subs For Retained Attorney
- ☐ Y  Standby Counsel

Prior Attorney's Name: _____
   Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
09/25/2014
Date of Order                    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | 1.3 | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | .5 | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 126.00)  TOTALS: | 1.8 | $226.80 | | | |
| 16. a. Interviews and Conferences | 21.3 | | | | |
| b. Obtaining and reviewing records | 10.9 | | | | |
| c. Legal research and brief writing | 2.5 | | | | |
| d. Travel time | 31.6 | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 126.00)  TOTALS: | 66.3 | $8353.80 | | | |
| 17. Travel Expenses  (lodging, parking, meals, mileage, etc.) | | $1163.10 | | | |
| 18. Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| | | $9743.70 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM  9-29-14  TO  10-6-15

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☒ Final Payment   ☐ Interim Payment Number ___   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: 10-27-15

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

CASE #: _10-CR-00319-11_
VOUCHER #: _5002727_

| DATE | DESCRIPTION OF SERVICE | | OBTAINING AND REVIEWING RECORDS | | TRAVEL TIME | |
|---|---|---|---|---|---|---|
| 9.25.14 | review correspondence re appt. | | .2 | | | |
| 9.29.14 | travel to Shreveport - Texarkana + back | | | | 2.5 | |
| 9.29.14 | conf with client | .4 | | | | |
| 9.29.14 | conf with AUSA + agent | .5 | | | | |
| 10.1.14 | review orders | | | | | |
| 10.8.14 | ph conf with agent | .3 | .2 | | | |
| 10.9.14 | ph conf with AUSA re meeting | .5 | | | | |
| 10.14.14 | review discovery | | 4.0 | | | |
| 10.17.14 | travel to Shreveport - Texarkana + back | | | | 2.5 | |
| 10.17.14 | conf w/ AUSA + Agent re discovery | 2.0 | | | | |
| 10.17.14 | client conf re discovery | 1.5 | | | | |
| 10.24.14 | ph conf w/ AUSA re meeting | .2 | | | | |
| 10.24.14 | conf w/ AUSA, agent + client | 2.0 | | | | |
| 10.24.14 | travel to Plain Dealing - Texarkana + back | | | | 1.8 | |
| 10.29.14 | Stahos conference | .4 | | | | |
| | **PAGE TOTAL** | 7.8 | 4.4 | | 6.8 | |
| | **GRAND TOTAL** | | | | | |

CASE #: 10-CR-00319-11
VOUCHER #: 5000 212 7

| DATE | SERVICES RENDERED | INTERVIEWS AND CONFERENCES | OBTAINING AND REVIEWING RECORDS | LEGAL RESEARCH AND BRIEF WRITING | TRAVEL TIME |
|---|---|---|---|---|---|
| 10-24-14 | travel to Plain Deal - Texarkana & back | | | | 1.8 |
| 10-24-14 | client conf | 1.0 | .2 | | |
| 10-30-14 | review client corr. | | | | |
| 10-30-14 | legal research | | | 1.0 | |
| 11-20-14 | conf w/ AUSA | .3 | | | |
| 12-1-14 | review client corr. | | .2 | | |
| 12-12-14 | ph. conf w/ AUSA | .3 | | | |
| 12-15-14 | travel to Plain Deal: Texarkana & back | | | | 1.8 |
| 12-15-14 | client conf | 1.2 | | | |
| 12-17-14 | review client corr. | | .2 | | |
| 12-19-14 | ph conf w/ AUSA | .2 | | | |
| 1-8-15 | ph conf w/ AUSA | .3 | | | |
| 1-13-15 | travel to Plain Deal: Texarkana & back | | | | 1.8 |
| 1-13-15 | conf w/ client, AUSA & Agent | 1.5 | | | |
| 1-28-15 | status conf | .4 | | | |
| | PAGE TOTAL | 5.2 | .4 | 1.0 | 5.4 |
| | GRAND TOTAL | | | | |

CASE #: 10-CR-00319-1
VOUCHER #: 5002727

| DATE | WORK DESCRIPTION | PREPARING AND REVIEWING | PREPARING AND REVIEWING | | TRAVEL TIME |
|---|---|---|---|---|---|
| 1-28-15 | review client correspondence | .2 | | | |
| 2-9-15 | review client correspondence | | | | |
| 3-3-15 | review client correspondence | | | | |
| 3-6-15 | review client correspondence | .2 | .3 | | |
| 3-6-15 | Travel Plain Dealing; Tecumseh + back | | | | 1.8 |
| 3-6-15 | client conf | 1.0 | | | |
| 3-18-15 | review discovery + plea agreement | .5 | | | |
| 3-18-15 | phone conf w/ AUSA | | 1.5 | | |
| 3-19-15 | Travel Plain Dealing - Tecumseh + back | | | | 1.8 |
| 3-19-15 | client conf re: plea | 1.5 | | | |
| 3-20-15 | travel ozk; Dealing; Tecumseh + back | | | | 1.8 |
| 3-20-15 | client conf | 1.0 | | | |
| 3-20-15 | conf w/ AUSA re: plea | .1 | | | |
| 3-26-15 | conf w/ ct re: setting plea | .1 | | | |
| 4-7-15 | review client letter | .1 | | | |
| 4-8-15 | Travel to Plain Dealing; Tecumseh + back | | | | |
| PAGE TOTAL | | 4.3 | 2.2 | | 7.2 |
| GRAND TOTAL | | | 1.8 | | 7.2 |

CASE #: 10-cr-00319-11
VOUCHER #: 5000 2727

| DATE | FIELD DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|
| 4-8-15 | client conf | .5 | | | | |
| 4-9-15 | travel Tecumseh - Sharonville & back | | | | 2.5 | |
| 5-8-15 | ph conf w/ U.S. prob | .2 | | | | |
| 5-6-15 | travel Tecumseh - Plea Deal | | | | 1.8 | |
| 5-6-15 | preparation interview | | | | | |
| 6-1-15 | review PSR | 1.0 | .5 | | 1.8 | |
| 6-2-15 | travel Tecumseh + Plea Deal + back | 1.0 | | | 1.8 | |
| 6-2-15 | review PSR | | | | | |
| 6-9-15 | conf w/ prob | .1 | .1 | | | |
| 6-18-15 | review objections of gov. | | .2 | | | |
| 6-29-15 | review amended PSR | | | | | |
| 6-23-15 | client conf re: sentencing | .5 | .5 | | | |
| 6-23-15 | travel to Plea Deal - Tecumseh & back | | | | 1.8 | |
| 9-9-15 | review draft letter | | .1 | | | |
| 9-26-15 | travel Tecumseh - Plea Deal & back | | | | | |
| | PAGE TOTAL | 3.3 | 2.2 | | 9.7 | |
| | GRAND TOTAL | | | | | |

PAGE 4 OF 5

CASE #: 10-CR-00319-11
VOUCHER #: 5000273

| DATE | DESCRIPTION | | | | |
|------|-------------|---|---|---|---|
| 8-20-15 | client conf | .5 | | | |
| 9-11-15 | review AUSA's sentencing | | 1.0 | | |
| 9-15-15 | draft objection/sentencing memo | | | 1.5 | |
| 9-22-15 | review con from client | | .1 | | |
| 9-28-15 | travel to/from – Shreveport & back | | | | 2.5 |
| 9-30-15 | conf w/ ct + AUSA | .2 | .2 | | 2.5 |
| 10-6-15 | review orders | | .2 | | |
| **PAGE TOTAL** | | .7 | 10.9 | 1.5 | 2.5 |
| **GRAND TOTAL** | | 21.3 | 10.9 | 2.5 | 31.6 |

PAGE 5 OF 5

JUDGE: Hicks
CASE #: 10-CR-00319-1
VOUCHER #: 5000 2727

| Date | TRANSPORTATION | | PARKING | MEALS/LODGING | COPYING | POSTAGE | PHONE CALLS | OTHER/MISC |
|---|---|---|---|---|---|---|---|---|
| 9-29-14 | 150 miles Shreveport – Texarkana + back #.56 a mile | $84.00 | | | | | | |
| 10-17-14 | 150 miles Shreveport – Texarkana + back #.56 a mile | $84.00 | | | | | | |
| 10-24-14 | 120 miles Plain Dealing – Texarkana + back #.54 | $67.20 | | | | | | |
| 10-24-14 | 120 miles Plain Dealing – Texarkana + back #.54 | $67.20 | | | | | | |
| 12-15-14 | 120 miles Plain Dealing – Texarkana + back #.54 | $67.20 | | | | | | |

PAGE TOTAL: $369.00

GRAND TOTAL:

JUDGE: ELKINS
CASE #: 10-CR-00319-11
VOUCHER #: 5000 2727

| Date | Description | TRANSPORTATION | PARKING | MEALS | COPYING | PHONE CALLS | OTHER |
|---|---|---|---|---|---|---|---|
| 1.13.15 | Mileage Reimb - Texarkana, 120 miles @ $.575 | $69.00 | | | | | |
| 2.6.15 | Reimb - Texarkana + back 120 miles @ $.575 | $69.00 | | | | | |
| 3.16.15 | Mileage Reimb - Texarkana + back 120 miles @ $.575 | $69.00 | | | | | |
| 3.30.15 | Reimb - Texarkana + back 120 miles @ $.575 | $69.00 | | | | | |
| 4.8.15 | Reimb 120 miles @ $.575 + back | $69.00 | | | | | |
| 4.9.15 | Texarkana - Shreveport + back 150 miles @ $.575 | $86.25 | | | | | |
| 6.6.15 | Texarkana - Plain Dealing + back 120 miles @ $.575 | $69.00 | | | | | |
| 4.2.15 | Texarkana - Plain Dealing + back 120 miles @ $.575 | $69.00 | | | | | |
| 6.23.15 | Texarkana - Plain Dealing + back 120 miles @ $.575 | $69.00 | | | | | |
| 4.24.15 | Texarkana - Plain Dealing + back 120 miles @ $.575 | $69.00 | | | | | |
| 9.28.15 | Texarkana - Shreveport + back 150 miles @ $.575 | $86.25 | | | | | |
| | **PAGE TOTAL** | $793.50 | | | | | |
| | **GRAND TOTAL** | $1163.10 | | | | | |

Page 2 of 2

VOUCHER #: _____

CASE #: 10-CR-00319-11

| DATE | BRIEF EXPLANATION OF SERVICE | ARRAIGNMENT AND/OR PLEA 15a | MOTION HEARINGS 15c | TRIAL 15d | SENTENCING HEARINGS 15e | REVOCATION HEARINGS 15f | |
|---|---|---|---|---|---|---|---|
| 9.29.14 | initial appearance | .3 | | | | | |
| 4.9.15 | Jmt of plea | 1.0 | | | | | |
| 9.28.15 | sentencing | | | | .5 | | |
| | PAGE TOTAL | 1.3 | | | .5 | | |
| | GRAND TOTAL | 1.3 | | | .5 | | |

PAGE ____ 1 ____ OF ____ 1 ____

CJA 26  (Rev. 03/12)

## SUPPLEMENTAL INFORMATION STATEMENT FOR A COMPENSATION CLAIM IN EXCESS OF THE STATUTORY CASE COMPENSATION MAXIMUM:  DISTRICT COURT

THIS FORM PROVIDES INFORMATION TO SUPPORT COUNSEL'S CLAIM THAT THE REPRESENTATION GIVEN WAS IN AN EXTENDED OR COMPLEX CASE, AND THAT THE EXCESS PAYMENT IS NECESSARY TO PROVIDE FAIR COMPENSATION. SECTION 230.23.40 OF THE GUIDELINES FOR ADMINISTERING THE CJA AND RELATED STATUTES, IN THE *GUIDE TO JUDICIARY POLICY*, VOLUME 7, PART A, CHAPTER 2, DEFINES THE TERMS "EXTENDED" AND "COMPLEX," AND SUGGESTS CRITERIA FOR DETERMINING "FAIR COMPENSATION." THIS FORM SERVES AS COUNSEL'S MEMORANDUM REQUIRED BY SECTION 230.30(b)(1) OF THOSE GUIDELINES, AND DOES NOT REPLACE ANY OTHER DOCUMENTATION REQUIRED TO SUPPORT THE PAYMENT REQUEST. IF EXTRA SPACE IS NEEDED, ATTACH ADDITIONAL SHEETS OF PAPER.

ATTORNEY NAME:  John F. Stroud, III

CASE NAME:  US v. Maweu

DOCKET NUMBER: 10-cr-00319-11     DEFENDANT NUMBER:  11     VOUCHER NUMBER: 50002727

PERIOD OF APPOINTMENT (DATES):  9-29-14 - 10-6-15  TO

TOTAL NUMBER OF IN-COURT HOURS:  1.8     SPECIFYING: PRETRIAL HEARINGS _____     TRIAL _____
SENTENCING HEARINGS  .5     ALL OTHER IN-COURT  1.3
TOTAL NUMBER OF OUT-OF-COURT HOURS:  66.3

OFFENSES CHARGED:  Engaging in child exploitation Enterprise

NUMBER OF COUNTS CHARGED:  5     NUMBER OF CO-DEFENDANTS:  26

OTHER PENDING CASES (DOCKET NUMBERS) OF DEFENDANT DURING REPRESENTATION:

IF APPLICABLE, SENTENCING GUIDELINE RANGE FOUND BY THE COURT FOR SENTENCING:  Upward Departure - Life

WAS A MANDATORY MINIMUM FOUND OR AT ISSUE AT SENTENCING?   YES _____   NO _____

DESCRIBE DISCOVERY MATERIALS (NATURE AND VOLUME) AND/OR DISCOVERY PRACTICES WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED:

LIST AND DESCRIBE MOTIONS, LEGAL MEMORANDA, JURY INSTRUCTIONS, AND SENTENCING DOCUMENTS. OR LEGAL RESEARCH NOT RESULTING IN SUCH, WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED AND WHICH WERE DRAFTED ORIGINALLY FOR THIS CASE (DO NOT INCLUDE STANDARDIZED MOTIONS, ETC., UNLESS CONTENT WAS MODIFIED SIGNIFICANTLY):

SUMMARIZE INVESTIGATION AND CASE PREPARATION (E.G., NUMBER AND ACCESSIBILITY OF WITNESSES INTERVIEWED, RECORD COLLECTION, DOCUMENT ORGANIZATION) WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED:

– CONTINUED ON REVERSE SIDE –

CJA 26  (Rev. 03/12) (REVERSE)

EXPLAIN, IF NOTEWORTHY, IMPACT ON THE NUMBER OF HOURS CLAIMED OF INVESTIGATIVE, EXPERT, OR OTHER SERVICES USED (CJA 21 VOUCHER):

CHECK WHETHER ANY OF THE FOLLOWING CLIENT CONSIDERATIONS ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED AND EXPLAIN EACH:   COMMUNICATION WITH CLIENT/FAMILY _____      LANGUAGE DIFFERENCE _____
ACCESSIBILITY OF CLIENT    ✓    OTHER _____

The Defendant is a Kenyan national housed in a jail 60 miles from my office. Much face to face time was required to explain our justice system + avoid trial in this matter. The extensive travel was the main factor in the voucher being in excess of statutory amount.

EXPLAIN ANY EXPENSE (ITEMS 17 AND 18 OF THE CJA 20 VOUCHER) GREATER THAN $500:

EXPLAIN ANY OTHER NOTEWORTHY CIRCUMSTANCES REGARDING THE CASE AND THE REPRESENTATION PROVIDED TO SUPPORT THIS COMPENSATION REQUEST:

INCLUDE, IF APPLICABLE: (A) NEGOTIATIONS WITH U.S. ATTORNEY'S OFFICE OR LAW ENFORCEMENT AGENCY; (B) COMPLEXITY OR NOVELTY OF LEGAL ISSUES AND FACTUAL COMPLEXITY; (C) RESPONSIBILITIES INVOLVED MEASURED BY THE MAGNITUDE AND IMPORTANCE OF THE CASE; (D) MANNER IN WHICH DUTIES WERE PERFORMED AND KNOWLEDGE, SKILL EFFICIENCY, PROFESSIONALISM, AND JUDGMENT REQUIRED OF AND USED BY COUNSEL; (E) NATURE OF COUNSEL'S PRACTICE AND HARDSHIP OR INJURY RESULTING FROM THE REPRESENTATION; AND (F) ANY EXTRAORDINARY PRESSURE OF TIME OR OTHER FACTORS UNDER WHICH SERVICES WERE RENDERED.

SIGNATURE OF APPOINTED ATTORNEY:                              DATE: 10·27·15

recd  3.26-15

Hi John.

It was great to meet with you last week.

I just thought to tell of things which to say during sentencing so the Judge can give no more then 20 years.

① In Kenya, a sex offence with children involves actual penetration of her genitals (anus or vagina) with a penis, finger or object. Here in the USA just the lascivious display of genitals is enough. The images they accuse me of posting did not constitute a sex offence in Kenya.

② While I began doing trade in child erotica back in 2000 when I was jobless, I got a job in 2004 and by 2006, when the sex offence laws in Kenya were introduced effectively making what I was doing illegal, I reached an arrangement with my woman accomplice to deal only with editing of video and distribution. I would not quit entirely as she would have seen to it I got arrested.

③ from 2010, when I was first arrested, I quit totally. My woman accomplice went underground and I never heard from her again.

④ The children featured in the alleged videos were primary school children of standard 6 and above. In Kenya children start primary school at age 6 + 7 with standard

GOVERNMENT EXHIBIT 9

1, so by the time they reach standard 6
they are at least 12 years old. The woman
accomplice favored those ages because
they were easier to lure away from their
homes be since they were old enough to
enjoy some freedoms.

(5) I waived my right to contest this extradition
in order to settle the matter with the USA.
I had previously been tried in Kenya over
related offenses where the complainant
was the US justice department and evidence
was the same as that you showed me
concerning my african girls, and aquitted.

(6) I will be extradited back to Kenya so
there is no reason to believe I will be a
danger to US society.

(7) This may seem disagreeable, but being a
foreigner and having done these deeds in
a foreign country without intent to
violate laws of the USA it seems unfair
that I should be subject to long prison terms
in the USA, especially given the US laws
enforcement were not as diligent in investigating
the situation in Kenya, as they would have
done if it were in the USA, and also
given that I did not enjoy the priviledges
of a developed country like the USA.
In Kenya, which is a poor third world
country, people do all kinds of things
to make money because corruption has
made it difficult for legitimate ways of
work that pay well to be found. The law
enforcement in Kenya is calibrated to accomodate
this. US law enforcement is not!

4th April 2015

Dear John.

This matter is in regard to my plea agreement.

I would like to withdraw my plea of guilty and allow my plea of not guilty to stand.

To enter a plea of that amount of time would be a life sentence for a man of my age.

There are several issues I would like to discuss with you at your nearest date in person.

Truly I need clarity on this indictment.

After considering the matter this seems to be double jeopardy.

I rest for now but make note I don't want to plea out any longer on the terms you and the government have agreed to.

As of this date I would prefer to go to trial.

Please come see me and make note of this request.

Thank you for time in this matter & now await your reply.

Sincerely yours
Brice Musoube. 4/7/15

GOVERNMENT EXHIBIT 10