UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | NO. 10-CR-00319-11 |
| | \* | NO. 16-CV-01273 |
| **VERSUS** | \* | |
| | \* | JUDGE HICKS |
| **BRIAN MUSOMBA MAWEU** | \* | MAGISTRATE JUDGE HORNSBY |

## NOTICE OF MANUAL ATTACHMENT

**ATTACHMENTS TO:**   United States' Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255

**DESCRIPTION:**   One (1) DVD marked "Maweu Discovery"

**FILED BY:**   Camille A. Domingue
Assistant United States Attorney

**FILE DATE:**   November 16, 2016

**NOTE:**   A DVD will be provided to the Clerk's Office in Lafayette. Duplicate copies will be provided to Chambers.