RECEIVED
NOV 29 2016
TONY R. MOORE CLERK
WESTERN ... OF LOUISIANA
BY ...

November 26, 2016

10-CR-00319-11
16-CV-01273

copywork

Dear Judge Hornsby,

R.e Second request for discovery/disclosure.

On page 5 of the Governments response, there is a footnote mentioning an investigation of the Bundeskriminalamt (BKA) Central Child pornography Unit.
A report by them, about me, was admitted at the sentencing hearing. I was not aware of this information and I would like a copy to be sent to me so I can include my observations on it together with the reply to the Government.

Yours Sincerely,

Brian Musonda