Case no 10-CR-00319-11.  
Appeals no 18-30862.  
Friday, August 03, 2018.

**RECEIVED AUG 07 2018**  
TONY R. MOORE CLERK  
WESTERN DISTRICT OF LOUISIANA  
SHREVEPORT LOUISIANA  
BY_____

Judge Hicks.  
Magistrate Judge Hornsby.

Dear Honorable Court Clerk.

Further to my previous letter on this same topic and which is attached, i have enclosed a copy of the letter from the 5th circuit court of appeals clerk concerning this matter.

Please also note the other reason why i request the copies of exhibits from you is that I am a sex offender currently incarcerated in a federal USP. Judge Hicks specifically recommended the BOP put me in the worst USP possible because he believed i was the worst of the worst. This directly plays into my complaint of religious persecution by US government and which informs my second 28 U.S.C. §2255 motion. Now i live in the general population so for my own safety i do not keep hard copies of any legal correspondence concerning my case. The only copies I can produce for my first 28 U.S.C. §2255 motion are stored on computer.

I need to send the entire lot to reach Lyle by 20th August.

Sincerely _____   BRIAN MUOMBA MIAWOTY.