Brian Musouba Mawen
10-CR-00319-11
Judge Hicks (CHIEF JUSTICE)
Magistrate Judge Hornsby

22 Aug 2019.

RECEIVED
AUG 27 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Dear honorable Court Clerk.

Many thanks for the quotation for 16-CV-01273 papers.

Can you also send me a quotation for the following.
- Statement of reasons
- Court transcripts for the initial arraignment, plea arraignment and the sentencing phase.

I would like Judge Hicks to be replaced when the time comes to file my second successive 2255. He demonstrated such toxic hostility to my percieved conduct after being tainted by Luke Walker using edited video to allege I did such and such to so and so, that he has a mental disability. My conduct was religious in motivation and his

PTO

hostile attitude towards me renders him unfit to preside over my second successive 2255. The requested documents serve as exhibits. legal authority is :-

- 28 USCS section 351
- Constitutional law section 961 which indicates that 'constitution does not require complete seperation of church and state. It affirmatively mandates accommodation, not merely tolerance, of all religions and forbids hostility to any' (Lynch v Donnelly 1984, 465 US 668. 79 L Ed 2d 604, 104 S Ct 1355, ren den (US) 80 L Ed 2d 848, 104 S Ct 2376, argued Oct 4, 1983 and decided March 5, 1984).

Judge Hicks is tainted. Hostility is in itself no credible indicator of legal or even moral aptitude, for even the Devil/Mafia can demonstrate such toxicity.

(3)

I have reason to believe the requested documents are entered in the docket for case 10-CR-00319 as: —

| Date filed | # | DOCKET TEXT |
|---|---|---|
| 09/29/2014 | | INITIAL APPEARANCE |
| 11/03/2014 | 813 | SCHEDULING ORDER |
| 04/09/2015 | 822 | MINUTES |
| 09/28/2015 | 835 | MINUTES |

The above refer to the court transcripts and I assume the word 'minutes' refers to those transcripts, and the mention of Judge Hicks indicates I was present at the time.

Thanks

Brian Musonda Mwewa