RECEIVED
copy week
JAN 22 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Brian Musonda Mowen.
Case No 10-CR-00319-11

Dear Honorable Court Clerk

My recent application for authorization to file a second successive 28 USC 2255 was denied for failing to meet the requirements. This tells me that my complaint does not fit into the title of 28 USC 2255 but rather a 28 USC 2241. I believe my extradition, conviction and imprisonment was an act of FRAUD. Judgement has no merit.

Please send me a copy of the form used in a 28 USC 2241 so I may work on the same.

Thanks

Brian Musonda Mowen.
17th Jan 2020

P.S. I am currently in the SHU awaiting transfer to another prison so cannot access requested form in any other way.
For second successive application refer to 19-30963, 5th cct court of appeals, dated 16 december 2019 (Memorandum of rejection)