RECEIVED
JAN 30 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Brian Musonda Mwewa
10-CR-00319-11

Dear Honorable Court Clerk,

I have reason to believe the affidavit in support of extradition which informed my extradition from Kenya to the USA to face charges for child exploitation enterprise, was fraudulent.

Please send me the correct form needed to file such complaint in District Court with a view to HABEAS CORPUS.

As the fraudulent nature of the affidavit has led to what I believe to be unjust conviction & imprisonment.

Thanks.

Brian Musonda Mwewa
27 Jan 2020

P.S. I have tried to seek HABEAS CORPUS when I filed Application for permission to file a second successive 28 USC 2255 in District court, however the 5th cct court of appeals denied it as failing to demonstrate I was not guilty of the offence. I brought up the above complaint about FRAUD as one of the grounds so it seems 2255 is not the right tittle (see 19-30963, 5th cct cart of appeals.)