.5 (Rev. 01/15)          Page 2

**RECEIVED** MAR 11 2022 TONY R. MOORE, CLERK WESTERN DISTRICT OF LOUISIANA SHREVEPORT, LOUISIANA

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | WESTERN DISTRICT OF LOUISIANA, SHREVEPORT |
|---|---|---|
| Name (under which you were convicted): BRIAN MUSOMBA MAWEU | | Docket or Case No.: 10-CR-00319-11 |
| Place of Confinement: TUCSON UNITED STATES PENITENTIARY | | Prisoner No.: 17362-035 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| V. | BRIAN MUSOMBA MAWEU |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF LOUISIANA
   SHREVEPORT

   (b) Criminal docket or case number (if you know): 10-CR-00319-11

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: SEPTEMBER 28th 2015

3. Length of sentence: LIFE

4. Nature of crime (all counts):

   CHILD EXPLOITATION ENTERPRISE
   CONSPIRACY TO ADVERTIZE CHILD PORNOGRAPHY
   CONSPIRACY TO DISTRIBUTE CHILD PORNOGRAPHY

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   GUILTY TO CHILD EXPLOITATION ENTERPRISE.
   OTHER COUNTS DROPPED.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES COURT OF APPEALS, 5th CIRCUIT.
   (b) Docket or case number (if you know): 15-30897
   (c) Result: AFFIRMED LIFE SENTENCE
   (d) Date of result (if you know): 
   (e) Citation to the case (if you know): 
   (f) Grounds raised:

   CRUEL AND UNUSUAL PUNISHMENT

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 
   (2) Result: 
   (3) Date of result (if you know): 
   (4) Citation to the case (if you know): 
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: UNITED STATES DISTRICT COURT, WESTERN DISTRICT, LOUISIANA SHREVEPORT.
    (2) Docket or case number (if you know): 16-CV-01273
    (3) Date of filing (if you know): 
    (4) Nature of the proceeding: 28 USC 2255
    (5) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL
    PROSECUTORIAL MISCONDUCT

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☑
(7) Result: DENIED
(8) Date of result (if you know): SEPTEMBER 11 2019

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: UNITED STATES COURT OF APPEALS 5th CIRCUIT.
   (2) Docket of case number (if you know): 19-30963
   (3) Date of filing (if you know):
   (4) Nature of the proceeding: APPLICATION FOR SECOND SUCCESSIVE 2255.
   (5) Grounds raised:
      1) 1ST AMENDMENT FREE EXERCISE (RFRA) CLAIM.
      2) 1ST AMENDMENT ESTABLISHMENT CLAUSE VIOLATION.
      3) 5th AMENDMENT DUE PROCESS VIOLATION.
      4) 4th AMENDMENT ILLEGAL SEIZURE / OATH OF OFFICE VIOLATION.
      5) DECLARATION OF HUMAN RIGHTS VIOLATION.
      6) ORIGINAL 13th AMENDMENT VIOLATION
      7) ARTICLE VI OF U.S CONSTITUTION VIOLATION.
      8) FRAUD.
   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐   No ☑
   (7) Result: DENIED
   (8) Date of result (if you know): DECEMBER 2019

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:   Yes ☐   No ☑
   (2) Second petition:  Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

NOTHING TO APPEAL ABOUT, PROCEDURALLY BARRED.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** RELIGIOUS FREEDOM RESTORATION ACT CLAIM (RFRA), PETITIONER IS ACTUALLY INNOCENT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) PETITIONERS CONDUCT MET ELEMENTS OF OFFENSE BUT WERE RELIGIOUS IN MOTIVATION.
2) CONVICTING LAWS WERE INTENDED TO REGULATE SPEECH, NOT RELIGION. THEY DID NOT ENCOMPASS PETITIONERS CONDUCT
3) PETITIONERS CONDUCT WAS SUBJECT TO REGULATION UNDER RFRA LEAST RESTRICTIVE BURDEN STANDARD.
4) PETITIONERS CONVICTION AND IMPRISONMENT WAS NOT THE LEAST RESTRICTIVE BURDEN. SIMPLY SHUTTING DOWN WEBSITE WOULD HAVE ACHIEVED COMPELLING GOVERNMENT INTEREST.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
TRIAL COUNSEL DID NOT RAISE RFRA THEREFORE WAS NOT ON THE RECORD TO RAISE ON APPEAL.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☑   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: APPLICATION FOR 2nd SUCCESSIVE 28 USC 2255
Name and location of the court where the motion or petition was filed:
FEDERAL COURT OF APPEALS, 5th CIRCUIT
Docket or case number (if you know): 19-30963
Date of the court's decision: DENIED
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

THERE WERE NO ISSUES TO APPEAL ABOUT. HE WAS PROCEDURALLY BARRED.

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF COUNSEL RENDERED GUILTY PLEA UNINTELLIGENT AND UNCONSTITUTIONAL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) COUNSEL DID NOT INFORM PETITIONER THAT CONVICTING LAWS REGULATED SPEECH. IF PETITIONER KNEW IT, HE WOULD HAVE PLED NOT GUILTY AND GONE TO TRIAL INSTEAD OF PLEADING GUILTY AND GETTING CONVICTED AND IMPRISONED. HE WOULD HAVE RAISED A RFRA CLAIM INSTEAD (IF COUNSEL SO INFORMED HIM)

2) COUNSEL KNEW, OR HAD REASON TO KNOW PETITIONER'S CONDUCT WAS RELIGIOUS IN MOTIVATION AND THEREFORE RAISE A RFRA DEFENSE, OR AT LEAST SUGGEST IT TO PETITIONER. COUNSEL KNEW OR HAD REASON TO KNOW, OR SHOULD HAVE KNOWN THAT CONVICTING LAWS REGULATED SPEECH, NOT RELIGION.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

ISSUE WAS NOT RAISED AT TRIAL. NO RECORD OF IT IN ORDER TO APPEAL.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** VIOLATION OF RULE 11 (c)(1) RENDERED GUILTY PLEA INVOLUNTARY AND UNCONSTITUTIONAL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Nature of charge includes congressional intent to regulate speech, as opposed to religion, in 1st. Amendment.
2) Petitioner was not instructed about congressional intent during open court and the 1st Amendment.

AO 243 (Rev. 01/15)                                                                                                           Page 8

3) Petitioner therefore did not have an understanding of the law in relation to the facts. His conduct was religious excercise, not speech. Both fall under the 1st Amendment.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

ISSUE WAS NOT RAISED AT TRIAL. NO RECORD OF IT IN ORDER TO APPEAL.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                                                           Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NO

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐  No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)  Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☐
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

BRAD LAMONT SMITH V. U.S.A   U.S App LEXIS 9299 (5th cir 2021) Stated that:

"..a movant may overcome the expiration of the statutes of limitations and raise an untimley claim if he makes "a convincing showing of actual innocence" which requires presentation of new evidence that would, more likley than not, have led a jury not to convict."

Petitioner makes his actual innocence claim through the Religious Freedom Restoration Act. His new evidence is Exhibit 5 and his legal arguement in Item 6 of attached memorandum of law.

To summarise,
1) Convicting laws regulate speech.
2) New evidence show that laws in petitioner's native land of Kenya, where he was resident at the time of alleged offenses, recognize child pornography as a form of religious exercise.
3) Under RFRA, a reasonable jury would have, more likley than not, agreed that convicting petitioner would deny him his religious freedoms in his native Kenya and that since shutting down websites already achieved compelling government interest (including arrest of those practicing speech), such conviction would ~~be~~ not be the least restrictive burden on petitioner's religious freedoms.
4) Such refrain from convicting petitioner is actual innocence.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief:

SEE ITEM 10 OF ATTACHED MEMORANDUM OF LAW

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 2nd March 2022.
(month, date, year)

Executed (signed) on 2nd March 2022 (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.