UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

(SHREVEPORT).

RECEIVED
MAR 11 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Brian Musomba Mawen

V.            Case no (clerk to supply)

United States of America

SUPPLEMENTARY MOTION FOR DISCOVERY.

Here comes petitioner Brian Musomba Mawen seeking permission from this honorable court to grant discovery under rule 6 governing Section 2255 proceedings.

Bracy V. Gramley 520 U.S 899 908-09 (1997) states

'Its the duty of the court to provide the necessary facilities and procedures for an adequate enquiry under discovery rule 6(a) for rules governing section 2255 proceedings.'

In Hurts v Lumpkin U.S Dist Lexis 22768 (5th Cir 2021) the court states:

"Petitioner may be allowed to conduct discovery when there is "reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is .... entitled to relief." (Quoting Bracy v Gramley 520 U.S 899).

1) REASON FOR DISCOVERY.

Petitioner seeks his conviction and imprisonment vacated and expunged on his actual innocence (See 28 USC 2255 motion attached). Critical to his claim of unintelligent guilty plea and that he did not cause, or rather his prosecution was not his fault, is on exhibit 1 which he does not have in his possession but constitutes best evidence that he had a religious mindset when he engaged with Dreamboard child pornography website and by extension child pornography in general. That document is in the possession of the government and his attempts to get it through the Freedom of Information Act (FOIA) have been unsuccessful (See attached exhibit 6). Without it he has no proof that his conduct was religious in motivation① and therefore his Religious Freedom Restoration Act (RFRA) claim may be dismissed.

---

① I.e. at the time of the alleged offence. He also cannot claim ineffective assistance rendered his guilty plea unintelligent or that he did not cause his own prosecution.

SMFD 3

2) DOCUMENT REQUIRED.

Exhibit 1 is likely to be found in the private messaging system of Dreamboard. It may be also in the 'Mawen Discovery' CD or the Hard Disk Drive that petitioner saw assistant prosecutor Ian Walker in possession of when he and his team visited petitioner, while he was in pretrial detention at the federal holding facility in Bossier Louisiana, back in 2014. (Criminal Case no 10-CR-00319-11). There are two parts to the text message concerned. The first is from 'Dasha 4 ever' to 'Catfish'. Its a long message basically requesting Catfish (petitioners pseunonym on dreamboard) to asist Dreamboard administrators to keep Dreamboard alive by allowing them to host it on the server also hosting petitioners own website called 'My African Girls'. The reason being that the server hosting Dreamboard at the time was unable to effectivley handle the bandwidth arising from the thousands of members accessing Dreamboard.
The second is petitioners (i.e catfish) reply to Dasha 4 ever accepting to help because of his religious mindset. He used the word or phrase 'Noahs Ark', so any combination of those two words used as a keyword in the search of messages by Catfish should get a hit.②

② Even if the words 'Noah' or 'Ark' were not used, the text had religious conotations.

In any event, the text message will be from Catfish and contain the word 'Noah' so that should be the main document. Petitioner believes he was communicating with Dasha 4 ever (if his memory serves him right) however he makes allowance for the possibility it may have been some other administrator of Dreamboard, hence his request to seek the word 'Noah' in messages by Catfish and print it out in full as well as the message if was a response to for such document will constitute exhibit I.

Note that petitioner's attorney John F Stroud III passed away while 16-cv-01273 was in progress. The government then requested records kept by him with regards to petitioner. Amongst them was the Discovery CD. See Docket entry 880 dated 10/20/2016 for 10-CR-00319-11.

Respectfully Submitted

BRIAN MUSOMBA MAWEU.
14th Feb 2022