# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30862

In re: BRIAN MUSOMBA MAWEU,

                     Movant



**A True Copy**
**Certified order issued Aug 24, 2018**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Motion for an order authorizing
the United States District Court for the
Western District of Louisiana to consider
a successive 28 U.S.C. § 2255 motion

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:

    Brian Musomba Maweu, federal prisoner # 17362-035, moves for authorization to file a second or successive 28 U.S.C. § 2255 motion challenging his conviction and life sentence for engaging in a child exploitation enterprise. Maweu's first § 2255 motion is currently pending in the district court. Accordingly, IT IS ORDERED that his motion for authorization to file a second or successive § 2255 motion is DENIED as premature. *See Woollard v. United States*, 416 F.2d 50, 51 (5th Cir. 1968).



GOVERNMENT EXHIBIT A