# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30963

In re: BRIAN MUSOMBA MAWEU,

　　　　　　　　　　　　　　　　　　　　Movant

A True Copy
Certified order issued Dec 16, 2019

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Motion for an order authorizing
the United States District Court for the
Western District of Louisiana to consider
a successive 28 U.S.C. § 2255 motion

Before DAVIS, STEWART, and OLDHAM, Circuit Judges.

PER CURIAM:

　　Brian Musomba Maweu, federal prisoner # 17362-035, moves for leave to file a successive 28 U.S.C. § 2255 motion challenging his conviction and life sentence for engaging in a child exploitation enterprise. He relies on purportedly new evidence that he contends demonstrates that his extradition from Kenya, indictment, and conviction violated multiple constitutional rights as well as the Declaration of Independence and the Universal Declaration of Human Rights. Maweu's primary substantive argument is that pedophilia is part of the moral order of his asserted faith, Edenism, and that his conviction and sentence therefore constitute religious persecution.

　　To obtain authorization to file a second or successive § 2255 motion, Maweu must make a prima facie showing that his proffered § 2255 motion relies on either (1) "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and



GOVERNMENT EXHIBIT B

convincing evidence that no reasonable factfinder would have found the movant guilty of the offense," or (2) "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." § 2255(h); *see* 28 U.S.C. § 2244(b)(3)(C); *Reyes-Requena v. United States*, 243 F.3d 893, 897-99 (5th Cir. 2001).

Maweu fails to make the requisite showing. Therefore, IT IS ORDERED that the motion for leave to file a successive § 2255 motion is DENIED. In addition, Maweu's challenges to the legality of his conviction and sentence are wholly frivolous. He is accordingly WARNED that future frivolous, repetitive, or otherwise abusive filings will invite the imposition of sanctions, which may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.