## mikaha — 320 — minya

mikaha* (-)   see   nikaha.

mikasi* pl.   see   mkasi.

mila* (-) usage, custom; tradition; religious prescription. –a –, customary, traditional.

milele* 1. pl. endlessness; infinity; (rel.) eternity. maisha ya –, life everlasting. 2: –a –, adj. eternal, constant. 3. adv. always, constantly. – na –, forever. yadumu – …! Long live …! Cf. umilele.

milia 1. pl. of $^2$mlia. 2. adj. striped. panda –, zebra.

$^1$miliki*, tamalaki, tamaleki 1. lead, conduct. 2. rule, govern. appl. milikia. intr. milikika. caus. milikisha. 3. (-) see milki. Cf. malki, mamlaka.

$^2$miliki* (-)   see   milki.

milioni* [Engl.] (-) million.

mlikt*, miliki (-) 1. rule, dominion, power. 2. empire, kingdom. 3. property, prosperity. 4. econ., rec. asset(s). Cf. $^1$miliki, malki.

mimba (-) 1. fruit, germ. fanya –, germinate, sprout. 2. embryo. 3. conception, pregnancy. tia –, fertilize, impregnate. chukua (wa na, shika) –, be pregnant. haribu –, procure abortion.

mimbari* (-) rel. pulpit.

mimea pl. vegetation. Cf. mea, mmea.

mimi abs. pron. 1st pers. sing. I, me. – mwenyewe (nafsi yangu). I myself. wangu –, my own.

mimina pour out, spill; pour in, fill. appl. miminia. caus. miminisha. intr. miminika. fig. be present in great number. watu waliminika katika mkutano. There were crowds of people at the assembly. Cf. miminiko.

miminiko (ma-) 1. pouring out, overflowing. 2. fig. (super)abundance, profusion. 3. mold, casting. Cf. mimina.

min* prep., rare from, of. Cf. minajili, minghairi (sub baghairi), mintarafu.

minajili* 1. prep. without; except, apart from, because of, as a result of. 2. conj. because, since; so that, in order that, in order to. kwa (ajili ya) minajili ya. for the sake of. Cf. min, ajili.

mindi (-) zool. mindi (species of antelope, Abbott's duiker; cf. funo).

minengo pl. minenguo (kind of dance).

minghairi*   see   baghairi.

minika fold, turn up (the edge of cloth), hem.

mintarafu* prep. concerning, with regard to, as a result of. Cf. min, tarafa.

minteen*   see   miteen.

minya press, squeeze, crush. Cf. finya.

## minyara — 321 — mivua

minyara (-) minyara (kind of tree, Euphorbia tirucalli).

minzani* (-)   see   mizani.

mio 1. pl. of umio. 2. (ma-) (augment. of umio) anat. larynx, throat, gullet (e.g., of an animal).

miongoni loc. of $^1$mwongo.

$^1$mirabaraba*: –a –. adj. checked, checkered. Cf. $^1$mraba.

$^2$mirabaraba* pl. cellulose, synthetic fiber. Cf. $^2$mraba.

mirathi* (-) 1. inheritance, legacy, bequest. 2. leg. division of a legacy. masala ya –, rare law of inheritance. Cf. rithi.

mirengu pl.   see   marengu.

misa*, missa [Lat.] (-) rel. mass. adhi- misho la – takatifu. celebration of the mass. – ya kimya. low mass. – kubwa ya kiasko- fu. pontifical high mass. – kubwa ya sherehe. solemn high mass. – ya wafu. requiem mass.

misali* (-)   see   methali.

misheni* [Engl.] (-) 1. rel. mission. skuli ya –, missionary school. 2. (official) mission, detached service.

misili* (-)   see   mithili.

misioni* [Engl.] (-) mission, perish.

misitumisitu red. pl. of msitu.

miski*, meski (-) musk. panya –, muskrat.

Misri* Egypt. Cf. Mmisri.

missa* (-)   see   misa.

mita* [Engl.] (-) meter.

miteen*, minteen, miteni arch. two hundred.

miteni   see   miteen.

mithali* (-)   see   methali.

mithili*, misili 1. (–) similarity, resemblance. 2. adv. similarly, like. amekuja kimya kimya – ya mwizi. He came stealthily like a thief. Cf. madhali, mathalan, methali, mihilisha.

mihilisha* compare. Cf. mithili.

miti (pl. of $^1$mti) framework (of a house, etc.)

mitu (–) ornith. Indian cockatoo.

miuja* (-) danger; misfortune, accident. Cf. mauja.

miungano pl. combination. – ya namba mba- limbali. combination of numbers. Cf. $^2$unga.

miunzi pl. (sing. mwunzi rare) whistle. piga –, to whistle.

mivua pl. bellows. Cf. vukuta, mvua.