BRIAN MUSEMBA MAWEU #17362-035
TUCSON, UNITED STATES PENITENTIARY
P.O BOX 24550
TUCSON, AZ, 85734



⇔17362-035⇔
Clerk Us Court House
300 Fannin ST Suite 1167
Shreveport, LA 71101-3083
United States

X-RAYED

**RECEIVED**

MAY 31 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

LEGAL MAIL

FEDERAL CORRECTIONS COMPLEX
9300 S. WILMOT ROAD
TUCSON, ARIZONA 85756

DATE: 5/26/22

The enclosed letter was processed though special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.