Anitha S Ibrahim
US Dept of Justice (NY Ave)
1400 New York Ave 6th FL
Washington, DC 20005
202-616-3181
Fax 202-514-1793
Email anitha.ibrahim@usdoj.gov

RECEIVED
MAR -6 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

FORMAL REQUEST FOR DISCOVERY.

This pertains to criminal case 10-CR-00319-11. Defendant is Brian Musomba Maweu, aka Catfish, and his involvement in the Dreamboard child pornography website. Maweu is in the process of compiling an application for leave to file a second successive § 2255. He requests the prosecutor to send him printouts of all dreamboard messages he sent and recieved, to and from, Dreamboard members Dasha 4 ever and Hawkeye. Maweu used the avatar name 'Catfish'.

He also requests the prosecutor to confirm in writing that Maweu's Goldberg video's had a logo of a naked nubian girl child and if possible send him a printed copy of it.

Thank you.

*[signature]*

BRIAN MUSOMBA MAWEN
27th Feb 2023

P.S.   My Mailing address is:

Brian Musomba Mawen #17362-035
Tucson United States Penitentiary
P.O Box 24550
Tucson, AZ 85734

Please indicate on the envelope that it should be opened in the presence of Mawen and that its contents represent legal Mail.

RECEIVED
MAR -6 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

COURT CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT.

Dear Sir/Madame,

Please find attached a formal request for discovery intended for the prosecutors office. Please send electronic notification to all concerned and send me a copy for the record. It pertains to criminal case 10-CR-00319-11

Thank You.

BRIAN MUSOMBA MWAU
27th Feb 2023