UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00319-11 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BRIAN MUSOMBA MAWEU | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Petitioner Brian Musomba Maweu ("Maweu") has filed two Motions to Vacate, Set Aside or Correct Sentence under 28 U.S.C § 2255.  See Record Documents 870, 872 & 1032.  This Court denied his first motion on September 11, 2019.  See Record Documents 961 & 962.  His second motion was denied on January 3, 2023.  See Record Document 1074 & 1075.  The second motion was deemed to be a second or successive Section 2255 motion filed without a certification from the appellate court and was also found to be untimely.  See id.

Now before the Court is a Maweu's *pro se* filing entitled "Complaint about Unjustified Substantial Burden imposed against Plaintiff . . . in Violation of RFRA.  Request to Sever and Excise 18 USC[] 22556(2)."  Record Document 1113.  While Maweu submits that the instant filing "is not a § 2255," it is clear that he is seeking to collaterally attack his conviction.  He references overturning his conviction due to a unconstitutionally vague and overbroad statute.  See id.  Thus, this Court characterizes the instant filing as another attempt by Maweu to file a second or successive Section 2255 motion.  The instant filing/motion is hereby **DENIED WITHOUT PREJUDICE**, such that Maweu can seek a request for certification from the United States Court of Appeals for the Fifth Circuit, all in accordance with 28 U.S.C. § 2255(h) and 28 U.S.C. § 2244(b).

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 3rd day of February, 2025.

_____
United States District Judge